# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION**                          MDL No. 2724

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −12)

On August 5, 2016, the Panel transferred 1 civil action(s) to the United States District Court for the
Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 227 F.Supp.3d 1402 (J.P.M.L. 2016). Since that time, 50 additional action(s)
have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such
actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to
Judge Rufe.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Eastern District of Pennsylvania for the reasons stated in the order of August 5, 2016, and, with the
consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jul 15, 2020**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

John W. Nichols
Clerk of the Panel

**IN RE: GENERIC PHARMACEUTICALS**
**PRICING ANTITRUST LITIGATION**                    MDL No. 2724

### SCHEDULE CTO−12 − TAG−ALONG ACTIONS

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|
| CONNECTICUT | | | |
| CT | 3 | 20−00802 | Connecticut et al v. Sandoz, Inc. et al |



**CLERK'S OFFICE**
TRUE COPY CERTIFIED FROM THE RECORD

Jul/17/2020

By: *s/ Kristen Pepin*

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**