UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT, *et al.*, | : | |
| | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | CASE NO. 3:20-CV-00802-MPS |
| | : | |
| SANDOZ INC., *et al.*, | : | |
| | : | |
| *Defendants*. | : | JULY 3, 2024 |

**MOTION ON CONSENT TO EXTEND DEADLINES RELATING TO EXPERT DEPOSITIONS, DAUBERT MOTIONS, AND REBUTTAL REPORTS**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Plaintiff State of Connecticut ("Movant"), on its own behalf and on behalf of, and with the consent of, all parties in this Action, respectfully moves for modification of certain deadlines for expert scheduling, to accommodate unforeseen illness of two experts and subsequent conflicts with attorney and expert schedules. In support of this Motion, Movant represents as follows.

As noted in the Joint Status Report filed on May 17, 2024 (Dkt. No. 156), MDL Pretrial Order ("PTO") 234, as amended by PTO 262, set a schedule for completing expert discovery and filing dispositive motions in this Action. (*See* Dkt. Nos. 156-14 and 156-15.) Among other things, the MDL Court set July 12, 2024 as the deadline for depositions of Defendants' experts. Defendants served eleven expert reports on April 26, 2024. Defendants also served *Daubert* motions against all five State experts on April 26, 2024. Under PTO 262, the States' rebuttal reports and responses to those *Daubert* motions are due on August 2, 2024.

The parties have conferred in good faith and have scheduled seven Defendants' expert depositions before the July 12, 2024 deadline. Due to attorney and expert availability for depositions, the parties agreed to schedule two expert depositions for the week after the July 12,

2024 deadline. The expert deposition of Dr. Jee-Yeon Lehmann, Defendants' primary damages expert, was scheduled for June 27 and 28, 2024. Dr. Lehmann became unexpectedly ill in the days prior to that deposition, and the parties were unable to identify two consecutive days for that deposition before the current deadline. The parties have rescheduled the deposition to July 24 and 25, 2024. The expert deposition of Dr. Daniel Rubinfeld, a joint defense expert, was scheduled for July 10, 2024. Dr. Rubinfeld was admitted to the hospital this week, and the parties agreed to postpone his deposition. The parties may need to seek an additional extension of time for Dr. Rubinfeld's deposition and the related filings if the deposition needs to be scheduled after July 26, 2024. *Daubert* motions as to Defendants' eleven experts are due on August 2, 2024.

The parties have conferred and agree that a modest extension of these deadlines is appropriate. The testimony of Defendants' experts is necessary to the States' responses to *Daubert* motions, rebuttal reports, and *Daubert* motions as to Defendants' experts. This schedule facilitates the closure of expert discovery.

The parties jointly request an adjournment of the expert deadlines in PTO 262 as follows:

1. Depositions of the Defendants' experts shall be completed no later than July 26, 2024.

2. State Plaintiffs shall serve all rebuttal expert reports and file responses to Defendants' *Daubert* motions as to State Plaintiffs' experts, and *Daubert* motions as to Defendants' experts no later than August 26, 2024.

3. Depositions of the State Plaintiffs' rebuttal experts, if any, shall be completed no later than September 13, 2024.

4. Defendants shall file responses in opposition to State Plaintiffs' Daubert motions no later than September 27, 2024.

In light of the extensions identified above and other considerations the parties plan to discuss with the Court at the August 1, 2024 hearing, the parties have preliminarily agreed that an extension of the current summary judgment deadline of September 23, 2024 is also necessary. The parties are meeting and conferring on a new summary judgment schedule.

The MDL Court set the deadlines for these events in PTO 188 (MDL Dkt. No. 1901) and amended the deadlines in PTOs 217 (MDL Dkt. No. 2244), 234 (MDL Dkt. No. 2443), 257 (MDL Dkt. No. 2759), and 262, upon agreement of the parties. This is the first motion to extend the referenced deadlines in this Court.

Wherefore, Movant requests that the Court grant this Motion and extend the deadlines related to expert discovery as outlined above.

Respectfully submitted,

WILLIAM TONG
ATTORNEY GENERAL
STATE OF CONNECTICUT

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5030
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

*Counsel for the State of Connecticut*
*States' Liaison Counsel*