**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

THE STATE OF CONNECTICUT, *et al.*,
*Plaintiffs*,

v.

SANDOZ, INC., *et al.*,
*Defendants*.

No. 3:20-cv-00802 (MPS)

August 8, 2024

**PARTIES' JOINT SUBMISSION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE AND PAGE LIMITS**

Pursuant to the Court's August 2, 2024, Order (Dkt. 349), counsel for the State Plaintiffs and counsel for Defendants met and conferred regarding the summary judgment briefing schedule in this action. As a result of those discussions, the parties respectfully submit this proposal regarding (1) the structure and schedule for summary judgment briefing and (2) proposed page limits for summary judgment motions and Rule 56.1 statements of fact.

## I. Structure and Schedule

The parties agree that a two-phase structure is appropriate for summary judgment briefing in this case. As discussed with the Court during the August 1, 2024 status conference, this approach accounts for the scope and complexity of the Dermatology Complaint.

Under this structure, Defendants would first move for summary judgment on the existence of the alleged overarching conspiracy and file three other joint motions pertaining to the statute of limitations, the States' claims for relief, and claim splitting ("Group 1"), as previously described in Defendants' Motion for Additional Page Limits (Dkt. 286). Defendants would file Defendant-

specific motions ("Group 2") 90 days after Group 1 briefing is completed. For both rounds of briefing, the parties agree that Plaintiffs' responses will be filed 90 days after the motion is filed, and that Defendants' replies will be filed 45 days after the States' responses are filed.

With regard to a specific schedule, the parties also agree that the September 23, 2024 summary judgment deadline included in the prior schedule is not workable. Given numerous delays in expert discovery, the parties respectfully propose an initial filing date of November 22, 2024 for Defendants' joint motions. A full proposed schedule is set forth in the table below.

| Date | Event |
|---|---|
| **Summary Judgment Motions: Group 1** | |
| Friday, Nov. 22, 2024 | • Defendants' Joint Motion on Overarching Conspiracy Filed<br>• Defendants' Joint Motions Filed on Statute of Limitations, Claim-Splitting, and Categories of Relief Filed |
| Thursday, Feb. 20, 2025 (90 days) | • Plaintiffs' Responses to Joint Motions Filed |
| Monday, Apr. 7, 2025 (45 days) | • Defendants' Replies to Joint Motions Filed |
| **Summary Judgment Motions: Group 2** | |
| Wednesday, July 9, 2025 (90 days from completion of Group 1 briefing) | • Defendant-Specific Motions Filed |
| Tuesday, Oct. 7, 2025 (90 days) | • Plaintiffs' Responses to Defendant-Specific Motions Filed |
| Friday, Nov. 21, 2025 (45 days) | • Defendants' Replies to Defendant-Specific Motions Filed |

The one point on which the parties could not agree is whether the Group 1 and Group 2 motion dates set forth above should serve as certain filing dates or as final deadlines, before which the parties could file motions at any time. Plaintiffs propose a single deadline by which they must file any motion for summary judgment, while Defendants propose that Plaintiffs be required to file their motions on dates certain. The parties' positions on this issue are as follows:

Plaintiffs' Position: The States understand that the two-phased briefing schedule is

designed to address global issues that Defendants intend to raise first before addressing more targeted and defendant-specific issues. As Defendants have articulated, they believe that this schedule could potentially narrow the number of later motions for summary judgment and narrow the disputes at trial. The States agreed to accommodate this goal.

The States do not intend to raise large global issues at the summary judgment stage and therefore proposed one deadline for the States' motions for summary judgment in Group 2. The States intend to file only the targeted motions contemplated in that grouping. However, the States disagree that they should be foreclosed from filing earlier briefing on matters that they believe could be resolved expeditiously, including matters that can be resolved irrespective of this Court's rulings on the Defendants' large joint motions for summary judgment. For example, the States have previewed with Defendants that the States have drafted a motion for summary judgment based on plea and deferred prosecution agreements that certain defendants entered into when resolving the criminal prosecutions brought against them by the Department of Justice. The filing of that motion is unrelated to the purpose of the two-phased summary judgment schedule, and the States should not be precluded from filing it before July 9, 2025.

The States agreed to move the deadlines for all summary judgment briefing later in time based on Defendants' representations of their obligations in the MDL. In doing so, the schedule necessarily delays when this Court can schedule trial and disincentivizes earlier resolution of this case. The States believe that the States' filing certain motions before the second phase of summary judgment briefing would promote the efficient progression of the case. Requiring the States to file motions for summary judgment on a date-certain, particularly a date eleven months from now, is unusual and prejudices the States' rights to prosecute their case in accordance with the Federal Rules of Civil Procedure and this Court's rules.

Defendants' Position: Defendants request that the States be required to file their motions on dates certain, consistent with the schedule for Defendants' motions. This is the most efficient approach for the Court and the parties. The States' approach defeats the purpose of setting a briefing schedule by injecting unnecessary uncertainty into an otherwise established timeline. The States are unwilling to commit to filing their submissions on any particular dates, leaving them free to file motions at any time, with little warning to the Court or Defendants. That approach leaves open the possibility for an indefinite number of additional and overlapping briefing schedules in this complex case—for an unidentified number of additional motions—each of which is based on the date when Plaintiffs arbitrarily decide to file a motion. The States' approach likewise generates a number of possible conflicts with deadlines and other milestones in the Generics MDL pending before Judge Rufe. Plaintiffs' insistence on unfettered ability to file any number of motions at any time over the next year creates needless uncertainty and promises to create administrative headaches for the Court. Plaintiffs' approach is not an efficient use of the Court's or Defendants' resources and should be rejected.

## II. Page Limits

The parties met and conferred but were unable to reach an agreement on all page limits. The parties' current positions and proposals are set forth below.

Plaintiffs' Position: The States made a good faith effort to revise the proposed page limits for State summary judgment motions and the various motions delineated by Defendants. The States understood that this Court was amenable to higher page counts for certain briefing, and therefore the States offered to agree to certain page limits proposed by Defendants. Defendants continue to request substantially higher page limits, up to 225 pages, than the States believe is warranted for certain motions. For example, the States disagree that there are sufficient undisputed

facts to sustain whole-cloth motions for summary judgment by certain Defendants against whom the States have gathered evidence of extensive wrongdoing. Nevertheless, the States were willing to agree to some additional pages in an effort to reach agreement. Defendants refused.

| **Motions** | **Memoranda Pages** | **Statement of Fact Pages** | **Replies** |
|---|---|---|---|
| | | | |
| **Memoranda in Support of Plaintiff States' Motions for Summary Judgment** | | | |
| Plaintiff State Motions | 50 per motion | 50 per motion | 30 per motion |
| | | | |
| **Memoranda in Support of Defendants' Joint Motions for Summary Judgment** | | | |
| Alleged Overarching Conspiracy | 50 | 50 | 30 |
| Statute of Limitations/Laches | 40 | 50 | 20 |
| Omnibus Motion Regarding States' Claims for Relief | 50 | 50 | 20 |
| Improper Claim Splitting | 20 | 10 | 15 |
| **Memoranda in Support of Defendant-Specific Motions for Summary Judgment** | | | |
| Certain Defendants' Joint Memorandum In Support of Defendant-Specific Motions for Summary Judgment | 15 | 12 | 10 |
| Sandoz/Fougera | 50 | 60 | 20 |
| Sun/Taro | 50 | 50 | 20 |
| Perrigo | 50 | 50 | 20 |
| Actavis, Aurobindo, G&W, Glenmark, Greenstone, Mylan, Pfizer, John Wesolowski | 30 | 30 | 15 |
| Amneal, Bausch, Lannett, Lupin, Wockhardt | 25 | 25 | 15 |
| Ara Aprahamian, Mitchell Blashinsky, Douglas Boothe, James Grauso, Walter Kaczmarek, Armando Kellum, Kurt Orlofski, Michael Perfetto, Erika Vogel-Baylor | 25 | 25 | 15 |

Defendants' Position: The below chart identifies Defendants' currently anticipated summary judgment motions and estimated pages necessary for each proposed motion. As the chart reflects, Defendants anticipate filing approximately 31 total motions across both Groups. These

motions and page limit estimates reflect the scope and complexity of the Dermatology Complaint. The estimates were also prepared with the intent of consolidating arguments and avoiding duplication, wherever possible, and reflect efforts to further reduce page limits beyond the estimates provided in Defendants' Motion for Additional Page Limits (Dkt. 286). Defendants will continue to coordinate and streamline to prevent unnecessary duplication or repetition in their respective arguments. The page limits on which the parties disagree are highlighted in the table below.

<table>
<tr><th>Defendants' Joint Motions</th><th>Memoranda Pages</th><th>Statement of Fact Pages</th><th>Reply Pages</th></tr>
<tr><td>Alleged Overarching Conspiracy</td><td>70</td><td>70</td><td>50</td></tr>
<tr><td>Statute of Limitations/Laches</td><td>40</td><td>50</td><td>20</td></tr>
<tr><td>Omnibus Motion Regarding States' Claims for Relief</td><td>50</td><td>50</td><td>25</td></tr>
<tr><td>Improper Claim Splitting</td><td>20</td><td>10</td><td>15</td></tr>
<tr><td colspan="4">Defendant-Specific Motions for Summary Judgment</td></tr>
<tr><td>Certain Defendants' Joint Memorandum In Support of Defendant-Specific Motions for Summary Judgment[1]</td><td>15</td><td>12</td><td>15</td></tr>
<tr><td>Sandoz/Fougera[2]</td><td>75</td><td>150</td><td>20</td></tr>
<tr><td>Sun/Taro</td><td>65</td><td>150</td><td>20</td></tr>
<tr><td>Perrigo</td><td>65</td><td>125</td><td>20</td></tr>
<tr><td>Actavis, Aurobindo, G&W, Glenmark, Greenstone, Mylan, Pfizer, John Wesolowski</td><td>Up to 30 pages each</td><td rowspan="2">Up to 30 pages each</td><td>20</td></tr>
<tr><td>Amneal, Bausch, Lannett, Lupin, Wockhardt</td><td>Up to 25 pages each</td><td>20</td></tr>
<tr><td>Ara Aprahamian, Mitchell Blashinsky, Douglas Boothe, James Grauso, Walter Kaczmarek, Armando Kellum, Kurt Orlofski, Michael Perfetto, Erika Vogel-Baylor</td><td>Up to 25 pages each</td><td>Up to 25 pages each</td><td>20</td></tr>
</table>

[1] With respect to motions by specific Defendants, Defendants request the ability to submit an additional 15-page joint memorandum, if needed, to make common legal arguments and avoid duplication in individual briefing.

[2] Defendants Sandoz, Perrigo, and Taro request page limits above the 40 pages provided under the Local Rules for the reasons set forth in Defendants' Motion for Additional Page Limits (Dkt. 286).

For reply briefs, Defendants have developed and in some circumstances modified their requested limits in consideration of the States' proposal as indicated above, but reserve all rights to seek additional pages in response to the arguments raised in the States' oppositions to these motions.

For the reasons further discussed in Defendants' Motion (Dkt. 286), Defendants respectfully request that the Court permit Defendants to file motions for summary judgment, accompanying memoranda in support, and statements of fact consistent with the page limits outlined above.

Dated: August 8, 2024

Respectfully submitted,

WILLIAM TONG
ATTORNEY GENERAL
STATE OF CONNECTICUT

/s/ W. Joseph Nielsen[3]
W. Joseph Nielsen, ct20415
Allison C. Frisbee, ct30779
Assistant Attorneys General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5030
Joseph.Nielsen@ct.gov
Allison.Frisbee@ct.gov

*Attorneys for the State of Connecticut*

LETITIA JAMES
ATTORNEY GENERAL
STATE OF NEW YORK

/s/ Robert L. Hubbard
Robert L. Hubbard, ct30195
Assistant Attorney General
Office of the Attorney General
Antitrust Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8267
Robert.Hubbard@ag.ny.gov

*Attorney for the State of New York*

/s/ Dimitra Doufekias*
Dimitra Doufekias (phv207871)
Megan E. Gerking (phv207878)
Robert W. Manoso (phv207877)
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

Drew Alan Hillier (ct30252)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
Phone: (858) 314-7711
Fax: (858) 720-5125
Email: dhillier@mofo.com

Michael B. Miller (phv207479)
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Tel.: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*

---

[3] Counsel for Plaintiff State of Connecticut represents the consent of all Plaintiffs in the above-captioned case pursuant to Section XI.D. of the Electronic Filing Policies and Procedures.
* Counsel for Defendant Glenmark Pharmaceuticals Inc., USA represents the consent of the signing attorneys below pursuant to Section XI.D of the Electronic Filing Policies and Procedures.

*/s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
Seth Davis
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*


*/s/ Robin P. Sumner*
Robin P. Sumner
Michael J. Hartman
Melissa Hatch O'Donnell
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

*/s/ Whitney Cloud*
Whitney Cloud
Ilana H. Eisenstein
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
whitney.cloud@dlapiper.com
ilana.eisenstein@dlapiper.com

Carlton E. Wessel
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
carlton.wessel@us.dlapiper.com

James O. Craven
James I. Glasser
WIGGIN & DANA
One Century Tower
265 Church Street
New Haven, CT 06510
Telephone: 203-498-4361
jcraven@wiggin.com
jglasser@wiggin.com

*Counsel for Defendants Pfizer Inc. and Greenstone LLC*

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
Kimberly Fetsick
Abigail Schwarz
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com
kimberly.fetsick@nortonrosefulbright.com
abigail.schwarz@nortonrosefulbright.com

Mark Angland
NORTON ROSE FULBRIGHT US LLP
779 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.angland@nortonrosefulbright.com

Alex Cummings
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5331
Facsimile: (713) 651-5246
alex.cummings@nortonrosefulbright.com

Jeffrey J. Mirman
HINCKLEY, ALLEN, & SNYDER LLP
20 Church Street
Hartford, CT 06103
Telephone: (860) 725-6200
Facsimile: (860) 278-3802
jmirman@hinckleyallen.com

*Counsel for Defendants Bausch Health Americas, Inc. and Bausch Health US LLC*

/s/ *Nathan E. Denning*
Nathan E. Denning
Chloe S. Booth
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Tel: (212) 551-2600
Fax (212) 551-2888
ndenning@wiggin.com
cbooth@wiggin.com

Benjamin H. Diessel
Ariela C. Anhalt
Emmett Gilles
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: (203) 498-4400
Fax: (203) 782-2889
bdiessel@wiggin.com
aanhalt@wiggin.com
egilles@wiggin.com

Christopher Bailes
WIGGIN AND DANA LLP
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
New Haven, CT 06510
Tel: (215) 998-8318
Fax: (215) 988-8384
cbailes@wiggin.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

*/s/ Darrell Prescott*
Darrell Prescott
DARRELL PRESCOTT LAW OFFICE P.C.
104 Charlton St., 1-W
New York, NY 10014 Tel: (917) 510-3165
Fax: (866) 233-5869
dp@darrellprescott.com

James D. Bailey
BAILEY DUQUETTE P.C.
104 Charlton St., 1-W
New York, NY 10014 Tel: (212) 658-1946
Fax: (866) 233-5869
james@baileyduquette.com

Stephan Matanovic BAILEY DUQUETTE P.C.
21 S. 11th Street, 2nd Floor Philadelphia, PA 19107
Tel: (215) 660-7600
Fax: (866) 233-5869
stephan@baileyduquette.com

*Counsel for Defendant G&W Laboratories, Inc.*

*/s/ George G. Gordon*
George G. Gordon
Julia Chapman Forrest
E. Lovett DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-4400
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

*Counsel for Defendant Lannett Company, Inc.*

*/s/ Jane Willis*
Jane Willis
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 841-0490
jane.willis@ropesgray.com

*Counsel for Defendants Mallinckrodt Inc., Mallinckrodt LLC, and Mallinckrodt plc*

_/s/ Colin R. Kass_
Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899
ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com

Meg Slachetka
Leiv Blad
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Counsel for Defendant Lupin Pharmaceuticals, Inc.*

_/s/ John M. Taladay_
John M. Taladay
Christopher P. Wilson
JoAnna Adkisson
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
joanna.adkisson@bakerbotts.com

Lauri A. Kavulich
CLARK HILL PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc.*

*_/s/ Jasmeet K. Ahuja_*
Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
krinehart@wiggin.com

Robert M. Langer (ct06305)
WIGGIN AND DANA LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3700
Fax: (860) 525-9380
rlanger@wiggin.com

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

*_/s/ J. Clayton Everett, Jr._*
J. Clayton Everett, Jr.
William S.D. Cravens
Molly R. Maidman
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
molly.maidman@morganlewis.com
frank.ren@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc*

*_/s/ Clifford Katz_*
Clifford Katz
Damon W. Suden
Marisa Lorenzo
KELLEY DRYE WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
ckatz@kelleydrye.com
dsuden@kelleydrye.com
mlorenzo@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC*

*/s/ Bryan Gant*
Bryan Gant
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8477
bgant@whitecase.com

*Counsel for Teligent, Inc.*

*/s/ G. Robert Gage, Jr.*
G. Robert Gage, Jr.
GAGE SPENCER & FLEMING LLP
410 Park Avenue New
York, NY 10022
Telephone: (212) 768-4900
grgage@gagespencer.com

Fabien M. Thayamballi
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel. (212)-257-4891
fthayamballi@shapiroarato.com

*Counsel for Defendant Ara Aprahamian*

*/s/ Guy Petrillo*
Guy Petrillo
Christina Karam
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor New
York, NY 10017
212-370-0330

*Counsel for Defendant Douglas Boothe*

*/s/ Christopher Ondeck*
Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com

Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square New
York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Thomas D. Goldberg
Jeffrey Mueller
DAY PITNEY LLP
Goodwin Square 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0164
Facsimile: (860) 881-2625

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

*/s/ Michael Weinstein*
Michael Weinstein
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
201-489-3000
201-489-1536 Facsimile
mweinstein@coleschotz.com

*Counsel for Defendant Walter Kaczmarek*

*/s/ Bianca A. Valcarce*
Bianca A. Valcarce
ARMSTRONG TEASDALE LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Telephone: (267) 780-2000
Facsimile: (215) 405-9070
bvalcarce@atllp.com

*Counsel for Defendant Kurt Orlofski*

*/s/ Charles S. Leeper*
Charles S. Leeper
Kenneth M. Vorrasi
Alison M. Agnew
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: 202-842-8800
Facsimile: 202-842-8465
charles.leeper@faegredrinker.com
kenneth.vorrasi@faegredrinker.com
alison.agnew@faegredrinker.com

*Counsel for Defendant John Wesolowski*

*/s/ Adam S. Lurie*
Adam S. Lurie
LINKLATERS LLP
601 Thirteenth Street NW
Suite 400S
Washington, DC 20005
Telephone: (202) 654-9200
Facsimile: (202) 654-9210
adam.lurie@linkaters.com

Michael Pilcher
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
michael.pilcher@linklaters.com

*Counsel for Defendant Michael Perfetto*

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: 212-909-6000
Facsimile: 212-909-6836
eweisgerber@debevoise.com

Edward D. Hassi
Leah S. Martin
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-383-8000
Facsimile: 202-383-8118
thassi@debevoise.com
lmartin@debevoise.com

*Counsel for Defendant Armando Kellum*

*/s/ Alexander R. Bilus*
Alexander R. Bilus, Esquire
PA No. 203680
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7177
alexander.bilus@saul.com

Allison L. Burdette, Esquire
PA No. 316695
SAUL EWING LLP
One PPG Place, Suite 3010 Pittsburgh,
PA 15222
Telephone: (412) 209-2500
allison.burdette@saul.com

*Counsel for Defendant Erika Vogel-Baylor*

*/s/ Robert E. Connolly*
Robert E. Connolly
LAW OFFICE OF ROBERT E. CONNOLLY
1735 Market Street, Suite A, #469
Philadelphia, PA 19103
Telephone: (215) 219-4418
bob@reconnollylaw.com

*Counsel for Defendant James Grauso*

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
Telephone: (202) 434-7448
MNLipkowitz@mintz.com

*Counsel for Defendant Mitchell Blashinsky*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Joint Submission was served on August 8, 2024 by the Court's electronic filing system to all counsel of record in the above captioned action.

/s/ *Dimitra Doufekias*
Dimitra Doufekias