**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| STATE OF CONNECTICUT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SANDOZ, INC., *et al.*, <br><br> *Defendants.* | Case No. 3:20-cv-802-MPS |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and the Local Rules of the District of Connecticut, the undersigned attorneys for Defendants Mallinckrodt Inc., Mallinckrodt LLC, and Mallinckrodt plc (the "Mallinckrodt Defendants") hereby state that:

1.     Mallinckrodt plc is a public limited company organized and existing under the laws of Ireland.

2.     Mallinckrodt LLC is an indirect, wholly-owned subsidiary of Mallinckrodt plc.

3.     MNK 2011 LLC (formerly known as Mallinckrodt Inc.) is an indirect, wholly-owned subsidiary of Mallinckrodt plc.

Dated: September 15, 2024          Respectfully submitted,

By:  */s/ Jane E. Willis*
　　　　Jane E. Willis (PHV25421)
　　　　Andrew J. O'Connor (PHV208240)
　　　　Phillip Z. Yao (PHV208241)
　　　　ROPES & GRAY LLP
　　　　800 Boylston Street
　　　　Boston, MA  02199-3600

Tel: (617) 951-7000
Fax: (617) 951-7050
jane.willis@ropesgray.com
andrew.oconnor@ropesgray.com
phillip.yao@ropesgray.com

*Counsel for the Mallinckrodt Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2024, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

*/s/ Jane E. Willis*
Jane E. Willis