THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>AUROBINDO PHARMA USA, INC., et al.,<br><br>*Defendants.*<br>_____<br><br>STATE OF CONNECTICUT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC. et al.,<br><br>*Defendants*.<br>_____<br><br>STATE OF CONNECTICUT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ, INC., et al.,<br><br>*Defendants*. | No. 3:16-cv-02056-MPS<br><br><br><br><br><br><br><br>No. 3:19-cv-00710-MPS<br><br><br><br><br><br><br><br>No. 3:20-cv-00802-MPS<br><br><br>October 31, 2024 |

**PLAINTIFF STATES' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH HERITAGE PHARMACEUTICALS INC., EMCURE PHARMACEUTICALS LTD., AND SATISH MEHTA**

The Plaintiff States hereby respectfully move the Court for an order preliminarily approving the Plaintiff States' Settlement Agreement ("Settlement") with Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd., and Satish Mehta (collectively "Heritage Defendants"), approving Huntington Bank as the Escrow Agent for the Settlement Payment, staying litigation against Heritage Defendants until the Court decides whether to grant final approval of the Settlement, approving Rust Consulting Inc. as the Notice and Claims

1

**ORAL ARGUMENT NOT REQUESTED**

Administrator, approving the Notice Plan for providing notice to consumers, deferring the distribution plan until a later appropriate date and in connection with settlements with other defendants, or as otherwise ordered by the Court, and the scheduling of a final approval hearing.

This Motion is supported by the accompanying Memorandum of Law in Support of the State's Motion, Exhibit 1 (Settlement Agreement), Declaration of Elin S. Alm in Support of the State's Motion, Declaration of Tiffany Janowicz in Support of State's Motion with Exhibits A and B, Exhibit 2 (Long Form Notice), Exhibit 3 (Short Form Notice), and Exhibit 4 (Website Notice).

Date:  October 31, 2024.

| STATE OF NEW YORK<br>LETITIA JAMES<br>Attorney General | STATE OF NORTH DAKOTA<br>Drew H. Wrigley<br>Attorney General |
|---|---|
| */s/ Robert L. Hubbard*<br>Robert L. Hubbard<br>Saami Zain<br>Assistant Attorneys General<br>Antitrust Bureau<br>28 Liberty Street, 20th Floor<br>New York, NY 10005<br>Tel: (212) 416-8267<br>Robert.Hubbard@ag.ny.gov<br>Saami.Zain@ag.ny.gov<br><br>*Attorneys for the State of New York* | */s/ Elin S. Alm*<br>Elin S. Alm<br>Bar number phv207896<br>Assistant Attorney General<br>Director, Consumer Protection & Antitrust Division<br>Office of Attorney General<br>1720 Burlington Drive, Suite C<br>Bismarck, ND 58504-7736<br>Telephone (701) 328-5570<br>Facsimile (701) 328-5568<br>ealm@nd.gov<br><br>*Attorney for the State of North Dakota* |

2

**ORAL ARGUMENT NOT REQUESTED**

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 31, 2024, the foregoing document, together with the accompanying Memorandum, Declarations, and Exhibits, was served by e-mail on all counsel of record in this action by operation of the Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: October 31, 2024.

             */s/ Robert L. Hubbard*
             Robert L. Hubbard
             Assistant Attorney General