THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> AUROBINDO PHARMA USA, INC., et al., <br><br> *Defendants.* | No. 3:16-cv-02056-MPS |
| STATE OF CONNECTICUT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. et al., <br><br> *Defendants*. | No. 3:19-cv-00710-MPS |
| STATE OF CONNECTICUT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SANDOZ, INC., et al., <br><br> *Defendants*. | No. 3:20-cv-00802-MPS |

**[PROPOSED] ORDER REGARDING PLAINTIFF STATES' MOTION FOR PRELIMINARY APPROVAL OF HERITAGE SETTLEMENT**

**AND NOW**, upon review and consideration of the Plaintiff States' Motion for Preliminary Approval of Settlement with Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd., and Satish Mehta ("Settlement"), it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1

1. The Court has reviewed and assessed the fairness, reasonableness, and adequacy of the Settlement and finds that the Court will likely be able to approve the Settlement at a later final approval stage.

2. The Court, therefore, preliminarily approves the Settlement on the terms set forth in the Settlement, subject to further consideration at the final approval hearing.

3. The Court approves the establishment of a State Escrow and appoints Huntington Bank to serve as Escrow Agent for the purpose of administering the escrow account holding the Settlement Fund as set forth in the Settlement.

4. The Court hereby stays all proceedings in this action against settling defendants, Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd., and Satish Mehta, only, except those proceedings provided for, or required by, the Settlement.

5. The Court approves that the States may withdraw a disbursement of an amount not to exceed a total of $600,000 from the Costs Account portion of the Settlement Payment for Settlement Administration Costs before final approval of the Settlement Agreement and without further Order by this Court.

6. The Court approves Rust Consulting Inc. as the Notice and Claims Administrator for the Settlement.

7. The Court finds that the proposed forms of notice to Eligible Consumers, plan for dissemination of notice, establishment and content of a dedicated website, and publication and advertising campaign are reasonable under the circumstances of this case, and, therefore, approves the Notice Plan.

8. The States, through Rust Consulting, shall cause the notice to be disseminated via publication and advertisement, as set forth in the Notice Plan, starting within 7 days following the date of the entry of this Order and continuing until at least 63 days after the date of this Order.

9. The States, through Rust Consulting, shall cause notice to be published on a dedicated website - www.AGGenericDrugs.com - which website should also include filings and other documents and information regarding the Settlement, starting within 7 days following the date of the entry of this Order.

10. Eligible Consumers may opt out of the Settlement or comment on and object to the Settlement, within 77 days of the entry of this Order.

11. The States or their designee shall monitor and record any and all opt out requests that are received and shall file a report with the Court no later than 14 days prior to the date set for the final approval hearing.

12. Any comments or objections to the Settlement must be mailed to the Court, with a copy provided to counsel for the States and Heritage Defendants, within 77 days of the entry of this Order.

13. The final deadline for consumers to opt out of the states' litigation generally or comment on or object to a distribution plan that has not yet been specified, shall be deferred and set at a future date after a distribution plan has been proposed.

14. The States shall submit for the Court's consideration a motion to approve a distribution plan for this Settlement and any other settlements at an appropriate future time when a distribution plan can include additional settlements.

15. The States shall file a motion for final approval of the Settlement no later than 7 days prior to the date set for the final approval hearing.

4

16. A final approval hearing shall be held before this Court at __:__ __m on _____, 2025 [*not fewer than 91 days from the date of the preliminary approval order*], at the United States District Court for the District of Connecticut, United States Courthouse, 450 Main Street - Annex 135, Hartford, Connecticut 06103. At the Fairness Hearing, the Court will consider the fairness, reasonableness, and adequacy of the Settlement and whether the Settlement should be finally approved.

It is so ORDERED.

BY THE COURT:

_____
Hon. Judge Michael. P Shea
United States District Court