# Exhibit 2

Case Nos.

3:16-cv-02056-MPS

3:19-cv-00710-MPS

3:20-cv-00802-MPS

<u>**NOTICE OF STATE ATTORNEYS GENERAL SETTLEMENTS**</u>

# If you bought certain generic prescription drugs in the United States between January 1, 2010 and December 31, 2018, you could receive money from State Attorneys General Settlements.

- Proposed settlements have been reached in consumer protection and antitrust lawsuits brought by Attorneys General of 50 states, commonwealths, or U.S. territories, and the District of Columbia (the "State Attorneys General") against a large number of the nation's largest generic drug manufacturers.

- The lawsuits were brought by the States on behalf of consumers who bought certain prescription drugs in the following states and territories: Connecticut, Alaska, Arizona, California, Colorado, District of Columbia, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Northern Mariana Islands, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, U.S. Virgin Islands, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.

- Proposed settlements of the lawsuits (the "Settlements") have been reached with some defendants (the "Settling Defendants") and the lawsuits are continuing against the remaining defendants (the "Non-Settling Defendants"). Payments will be made only (1) if the Court approves the Settlements and after any appeals are resolved, and (2) the Court approves the Plan of Allocation to distribute the Settlement Funds to consumers. The plan will be described in an additional notice to be given at a later date, providing consumers with the opportunity to state their views regarding the plan.

- Settlements also include provisions requiring Settling Defendants' cooperation in the ongoing litigations. The Settling Defendants have also agreed to take steps to ensure that they will not engage in further violations of state and federal antitrust laws.

- This Notice is a summary and is not intended to set forth all of the details of each (or any) settlement agreement. For additional information, important documents, and case updates, visit the website AGGenericDrugs.com or call 1-866-290-0182.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | | |
|---|---|---|
| **REGISTER TO RECEIVE FUTURE NOTICES** | You will be notified by email or mail when a claim form is available. You will also receive updates about the lawsuits. Claim forms will also be made available via the website, AGGenericDrugs.com or by calling 1-866-290-0182. | |
| **DO NOTHING NOW** | You will be included in the Settlements and eligible to file a claim for a payment (if you qualify) at a later date. However, unless you register your contact information via the website or as otherwise provided (below), you may not receive notice about when and how to file a claim, and thereby may lose any ability to receive any payment from the Settlements).<br><br>You will give up any rights you currently have to separately sue Settling Defendants for the conduct that is the subject of the lawsuits, unless you take action to exclude yourself from the settlement (as explained below). | |

1

| **EXCLUDE YOURSELF** | You will not receive a payment from the Settlements, but you will keep any rights you currently have to separately sue the Settling Defendants for the conduct that is the subject of these lawsuits. | To exclude yourself from this Settlement you must either go to the website (AGGenericDrugs.com) and fill out the requisite information, or alternatively, mail a written statement to the settlement administration as detailed below. To be timely, you must take action to exclude yourself no later than 77 days after the Court approves the States' motion for preliminary approval of the Settlement. You can also exclude yourself from the entire States Action, in the manner set forth on the website (AGGenericDrugs.com) and discussed in more detail below. |
|---|---|---|
| **OBJECT TO THE SETTLEMENTS** | If you do not exclude yourself, you can write to the Court explaining why you disagree with the Settlements or any specific terms. | To object to any aspect of the Settlement or otherwise express concerns about the Settlement – but still be included in the Settlement – you must submit a written statement to the Court and counsel (see instructions below). To be timely, you must take action to exclude yourself no later than 77 days after the Court approves the States' motion for preliminary approval of the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlements. | Date to be set by Court |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

2

|**WHAT THIS NOTICE CONTAINS**|
|---|

**BASIC INFORMATION** .................................................................................................................. Page 4
    1.   What is this Notice about?
    2.   What are the lawsuits about?
    3.   Who are the Settling Defendants?

**WHO IS INCLUDED** ..................................................................................................................... Page 4
    4.   How do I know if I am included?
    5.   Who is not included?
    6.   Who are the Defendants?
    7.   Why are the lawsuits continuing if there are Settlements?

**THE SETTLEMENTS' BENEFITS** ................................................................................................... Page 6
    8.   What do the Settlements provide?
    9.   How much money will I receive?
  10.   When will I get benefits?

**REMAINING IN THE SETTLEMENTS** ............................................................................................ Page 7
  11.  What am I giving up if I stay in the Settlements?

**EXCLUDE YOURSELF FROM THE SETTLEMENTS** ............................................................................ Page 7
  12.  What if I don't want to be in the Settlements?
  13.  If I don't exclude myself, can I sue for the same thing later?

**OBJECTING TO THE SETTLEMENTS** ............................................................................................ Page 8
  14.  How do I object to the Settlements?
  15.  What is the difference between objecting to the Settlements and Excluding Myself from the Settlements?

**THE FINAL APPROVAL HEARING** ............................................................................................... Page 9
  16.  When and where will the Court decide whether to approve the Settlements?
  17.  Do I have to attend the Final Approval Hearing?
  18.  Can I attend the Final Approval Hearing?

**GET MORE INFORMATION** ...................................................................................................... Page 10
  19.  Where can I get more information?

**LIST OF DRUGS**

## BASIC INFORMATION

### 1. What is this Notice about?

This Notice is to inform you about proposed settlements with some Defendants (the "Settlements") *before* the Court decides whether to approve the Settlements, so that you may determine whether to file a claim and/or take steps to protect your rights. This Notice explains the lawsuits, the Settlements, and your legal rights.

The court in charge is the United States District Court for the District of Connecticut. The cases at issue are *State of Connecticut et al. v. Aurobindo Pharma USA, Inc*., et al., 16-cv-02056 (D.Conn); *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*., *et al*., 19-00710 (D.Conn); and *State of Connecticut et al. v. Sandoz, Inc. et al*., 20-00802 (D.Conn) (collectively referred to as "States' Actions.") The State Attorneys General that sued are called Plaintiffs, and the companies they sued are called the Defendants.

### 2. What are the lawsuits about?

The lawsuits claim that numerous Defendants and their alleged co-conspirators agreed to fix the prices of prescription drugs sold in the United States. As a result, consumers who bought certain generic prescription drugs ("Drugs at Issue") may have paid more than they should have. The Defendant drug manufacturers deny they did anything wrong and the Settling Defendants who have agreed to settle the case have done so with no admission of liability. <u>The lawsuit is not about – and does not question - the safety or effectiveness of any of the drugs at issue.</u>

### 3. Who are the Settling Defendants?

The current Settling Defendants are: Heritage Pharmaceuticals Inc., and Emcure Pharmaceuticals Ltd.

Other defendants include Actavis, Amneal, Apotex, Ascend, Aurobindo, Bausch, Breckinridge, Citron, Dr. Reddy's, Fougera (see Sandoz), G&W, Glenmark, Greenstone, Lannett, Lupin, Mallinckrodt, Mayne Pharma, Mylan, Par Pharmaceutical (Endo bankruptcy), Perrigo, Pfizer, Sandoz, Sun, Taro, Teligent , Teva, Upsher-Smith, Valeant, Wockhardt, and Zydus.

A full list of the Defendants and the Drugs at Issue in this litigation and Settlement is available at [www.AGGenericDrugs.com](www.AGGenericDrugs.com).

## WHO IS INCLUDED

### 4. How do I know if I am included?

Generally, you may be included if at any time from between January 1, 2010 to December 31, 2018 you bought a qualifying generic prescription drug (not for resale) in one or more of the following States or Territories: Connecticut, Alaska, Arizona, California, Colorado, District of Columbia, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts,

4

Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Northern Mariana Islands, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, U.S. Virgin Islands, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, and Wyoming.

Eligibility is based on the drug purchased and the time period of the purchase, *i.e.* eligibility requires at least one purchase of a Drug at Issue during the alleged conspiracy for that drug.  A list of the drugs at issue in the Settlement and the continuing litigation is provided below and also available at www.AGGenericDrugs.com or by calling 1-866-290-0182.

### 5. Who is not included?

You are not included if:

- You purchased the generic drugs for resale or distribution to others; and
- You are an employee of any of the defendants in the lawsuits and any parent, subsidiary, or affiliate.

### 6. Who are the Defendants?

The Defendants are:

- Actavis
- Actavis Holdco U.S., Inc.
- Actavis Pharma, Inc.
- Amneal
- Amneal Pharmaceuticals, Inc.
- Apotex Corp.
- Ascend Laboratories, LLC
- Aurobindo
- Aurobindo Pharma USA, Inc.
- Bausch
- Breckinridge Pharmaceuticals, Inc.
- Citron Pharma, LLC
- Dr. Reddy's Laboratories, Inc.
- Emcure Pharmaceuticals, Ltd.
- Fougera
- G&W
- Glenmark
- Glenmark Pharmaceuticals Inc. USA
- Greenstone
- Greenstone LLC
- Heritage Pharmaceuticals, Inc.
- Lannett
- Lannett Company, Inc.
- Lupin
- Lupin Pharmaceuticals, Inc.
- Mallinckrodt
- Mayne Pharma (USA), Inc.
- Mylan
- Mylan Pharmaceuticals, Inc.
- Par Pharmaceutical Companies, Inc.
- Par Pharmaceuticals, Inc.
- Perrigo
- Pfizer
- Sandoz, Inc.
- Sun
- Sun Pharmaceutical Industries, Inc.
- Taro
- Taro Pharmaceuticals Industries Ltd.
- Taro USA;
- Teligent
- Teva Pharmaceuticals USA, Inc.
- Upsher-Smith Laboratories, LLC
- Wockhardt
- Wockhardt USA, LLC
- Zydus Pharmaceuticals (USA), Inc.

5

| 7. Why are the lawsuits continuing if there are Settlements? |
|---|

Settlements have been reached with some but not all of the Defendants. The Settling Defendants are: Heritage Pharmaceuticals Inc., and Emcure Pharmaceuticals Ltd. The lawsuits will continue against all of the remaining Defendants who have not settled (the "Non-Settling Defendants").

Additional money may become available in the future as a result of a trial or future settlements. Alternatively, the litigation may be resolved in favor of the Non-Settling Defendants and no additional money may become available. There is no guarantee as to what will happen.

Because the lawsuits are continuing against Non-Settling Defendants which may result in future settlements and possible additional money, please register at the website, www.AGGenericDrugs.com, or call 1-866-290-0182, to be notified of any future settlements and to be notified of when and how you may file a claim.

## THE SETTLEMENTS' BENEFITS

| 8. What do the Settlements provide? |
|---|

There is one Settlement being presented to the Court for approval at this time. The Settlement Funds total approximately $10 Million, $6 million of which is set aside for distribution (the "Restitution Fund") and $4 million of which is set aside to reimburse the State Attorneys General for costs, expenses and fees of pursuing the litigation, as approved by the Court (the "Costs Fund"). After approval of a plan of distribution by the Court, the Restitution Fund, including all parts of the Restitution Fund designated for consumer relief, will be available for distribution to consumers who timely file valid claims.

Any interest earned will be added to the Settlement Fund. More details are in the settlement agreements, available at www.AGGenericDrugs.com, or can be requested at 1-866-290-0182

| 9. How much money will I receive? |
|---|

At this time, it is unknown how much each Eligible Consumer who submits a valid claim will receive, as this will depend on numerous factors, in particular the number and amount of timely, eligible claims filed the total money amount available in the Settlement Fund after receipt of all settlements and/or judgements, and the plan of distribution approved by the Court.

In order to receive a payment, you <u>must</u> file a valid claim form *before* the claims period ends. The claims period has not yet begun. A notice about the claims process will be made at a future date ordered by the Court. If you want to receive a notice about the claims process or future settlements, you should register at www.AGGenericDrugs.com or call 1-866-290-0182.

| 10. When will I get benefits? |
|---|

No money has been distributed yet or will be distributed until some future date after Court approval of settlements and the receipt of funds from settlements and/or judgements. The State Attorneys General will continue to pursue the lawsuits against the Non-Settling Defendants. All Settlement Funds that are and will

6

be allocated to the Restitution Fund will be distributed together at the conclusion of the lawsuits or as ordered by the Court.

## REMAINING IN THE SETTLEMENTS

### 11. What am I giving up if I stay in the Settlements?

Unless you exclude yourself, you will give up your right to sue the Settling Defendants for any claims described in the releases. You also will be bound by any decisions by the Court relating to the lawsuit and Settlements.

In return for paying the settlement amounts and providing non-monetary benefits, the Settling Defendants will be released for certain claims relating to the facts underlying this lawsuit. The settlement agreements describe the releases, so read them carefully, since those releases will be binding on you if the Court approves the Settlements. If you have any questions, you can call the toll-free number below or you can talk to your own lawyer (at your own expense) if you have questions about what this means. The settlement agreements and the specific releases are available at www.AGGenericDrugs.com.

## EXCLUDE YOURSELF FROM THE SETTLEMENTS

### 12. What if I don't want to be in the Settlements?

To exclude yourself from the Settlements, go to the website at www.AGGenericDrugs.com, and look for how to exclude yourself (or "Opt Out").

Alternatively, you may exclude yourself by sending a letter (a "Request for Exclusion") by mail to the address below. It must include:
- Your name, address, and telephone number; and
- The cases and cases numbers: *State of Connecticut et al. v. Aurobindo Pharma USA, Inc*., et al., 16-cv-02056 (D.Conn); *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*., *et al*., 19-00710 (D.Conn); and *State of Connecticut et al. v. Sandoz, Inc. et al*., 20-00802 (D.Conn); and
- A statement that you want to be excluded from a settlement or several of the settlements and an indication of which settlement(s) you are excluding yourself from (*e.g.* ,"I/we hereby request that I/we be excluded from all of the proposed settlements" OR indicate which settlement or settlements you are seeking to exclude yourself from), and
- A statement attesting that you have purchased one or more of the Drugs at Issue between January 1, 2010 to December 31, 2018; and
- The date; and
- Your signature.

Your Request for Exclusion must be postmarked no later than 77 days after the Court has granted preliminary approval of the Settlement (check the website at www.AGGenericDrugs.com for updates on the litigation or register to receive future information).

> Generic Drugs Settlements Exclusions
> P.O. Box 2599
> Faribault, MN 55021-2599

7

**13. If I don't exclude myself, can I sue for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue the Settling Defendants for the claims being released in this litigation.

## OBJECTING TO THE SETTLEMENTS

**14. How do I object to the Settlements?**

If you have objections to any aspect of the Settlement, you may express your views to the Court by writing to the address below. It must include:
- Your name, address, telephone number, and an explanation of your objection; and
- The case name and number: *State of Connecticut et al. v. Aurobindo Pharma USA, Inc*., et al., 16-cv-02056 (D.Conn); *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*., *et al*., 19-00710 (D.Conn); and *State of Connecticut et al. v. Sandoz, Inc. et al*., 20-00802 (D.Conn); and
- A statement attesting that you have purchased one or more of the Drugs at Issue between January 1, 2010 to December 31, 2018; and
- The date; and
- Your signature; and
- The name, address, and telephone number of any lawyer assisting you.

In addition, <u>if you object</u> you may be asked for additional information, including:
- Documentation demonstrating that you are or were a resident of one the States or Territories involved in the States Actions , followed by your signature: "I declare that [insert your name] is a resident of a State, Commonwealth, [….]"; and
- Documentation demonstrating that you bought a qualifying generic prescription drug (not for resale), including their date(s) of purchase.

Any objection must be mailed to these three addresses and received no later than 77 days after the Court has granted preliminary approval of the Settlement:

| COURT | COUNSEL FOR THE STATE ATTORNEYS GENERAL | COUNSEL FOR |
|---|---|---|
| Clerk's Office<br>Abraham Ribicoff Federal Building<br>United States Courthouse<br>450 Main Street<br>Suite A012<br>Hartford, CT 06103 | Saami Zain<br>Assistant Attorney General<br>New York Attorney General<br>28 Liberty Street,<br>New York, NY | Gregory D. Vose<br>Reed Smith LLP<br>Antitrust, Litigation & Consumer Protection<br>Reed Smith Centre,<br>225 Fifth Avenue<br>Pittsburgh, PA, 15222 |

If you hire a lawyer to make an objection, your lawyer must also file a Notice of Appearance with the Clerk of the Court no later than [date to be set].

8

| 15. What is the difference between objecting to the Settlements and Excluding myself from the Settlements? |
|---|

Objecting to the Settlements simply means telling the Court that you don't like something about one or more Settlements or have certain concerns about the Settlement(s). Objecting does not disqualify you from making a claim nor does it make you ineligible to receive a payment.

If you exclude yourself from the Settlements, you are no longer part of the Settlements or the Action. Therefore, you will not be eligible to receive any payments from the Settlements and you will not be able to object to the Settlements. You will not be subject to the terms and conditions of the Settlements. However, you keep your right to sue the Defendants for the same claims in another lawsuit.

## THE FINAL APPROVAL HEARING

| 16. When and where will the Court decide whether to approve the Settlements? |
|---|

The Court will hold a Final Approval Hearing on for first settlements on **[Date] at [time]**, at the United States District Court for the District of Connecticut, Abraham Ribicoff Federal Building, 450 Main Street, Courtroom 3, Hartford, CT 06103. The hearing may be moved to a different date or time without additional notice, so check www.AGGenericDrugs.com for current information or call 1-866-290-0182 if you want to find out if the hearing has been rescheduled. Subsequent Settlements will be scheduled for final approval hearings at future dates. Check www.AGGenericDrugs.com for current information or call 1-866-290-0182 for updated information regarding final approval hearings. At the Fairness Hearing, the Court will consider whether these Settlements are fair, reasonable, and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to grant final approval to each of the Settlements. We do not know how long these decisions will take.

| 17. Do I have to attend the Final Approval Hearing? |
|---|

No. Counsel for the State Attorneys General will be prepared to answer questions on your behalf. Individuals who have filed and served written objections may (but do not have to) appear at the Final Approval Hearing, in person or through an attorney hired at their own expense.

| 18. Can I attend the Final Approval Hearing? |
|---|

Yes. Anyone can attend the Final Approval Hearing and watch. If you want to attend and observe, you do not have to do anything.

If you want to attend and object, in person or through an attorney hired at your own expense, you need to mail a written Notice of Intent to Appear to the address listed in Question 15 so that it is received by _____, 202_. The Notice of Intent to Appear must contain the following information:

1. Your name, address, and telephone number and, if applicable, the name, address, and telephone number of your attorney (who must file a Notice of Appearance with the Clerk of the Court not later than _____, 202_);
2. Your objection, including any supporting papers; and

9

3. The name and addresses of any witnesses to be presented at the Final Approval Hearing, together with a statement as to the matters on which they wish to testify and a summary of the proposed testimony.

## GET MORE INFORMATION

| 19. Where can I get more information? |
|---|

This Notice summarizes the Settlements. You can get more information about the Settlements at www.AGGenericDrugs.com, by calling 1-866-290-0182, or by writing to Generic Drugs Settlements, P.O. Box 2599, Faribault, MN 55021-2599.

You can also get copies of the official Court file by accessing the Court docket in this case:
- Through the Court's Public Access to Court Electronic Records (PACER) system at https://[...].gov, or ]
- By visiting the office of the Clerk of the Court for the United States District Court for the District of Connecticut, Abraham Ribicoff Federal Building, United States Courthouse, 450 Main Street, Suite A012, Hartford, CT 06103, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THESE SETTLEMENTS OR THE CLAIM PROCESS.**

**LIST OF DRUGS**

Acetazolamide
Acetazolamide Tablet 125 mg
Acetazolamide Tablet 250 mg
Adapalene Cream 0.1%
Adapalene Gel
Alclometasone Dipropionate Cream 0.05%
Alclometasone Dipropionate Ointment
Amiloride HCL/HCTZ Tablets
Ammonium Lactate Cream EQ 12% Base
Ammonium Lactate Lotion EQ 12% Based
Amoxicillin/Clavulanate Chewable Tablets
Amphetamine/Dextroamphetamine ER (aka Mixed Amphetamine Salts)
Amphetamine/Dextroamphetamine IR
Azithromycin Suspension
Azitlnomycin Oral Suspension
Baclofen Tablets
Benazepril HCTZ
Betamethasone Dipropionate Cream EQ 0.05% BASE
Betamethasone Dipropionate Cream, Augmented EQ 0.05% BASE
Betamethasone Dipropionate Lotion     EQ 0.05% BASE
Betamethasone Dipropionate Lotion, Augmented EQ 0.05% BASE
Betamethasone Valerate Cream 0.01% BASE
Betamethasone Valerate Lotion   0.01% BASE
Betamethasone Valerate Ointment 0.01% BASE
Betamethasone Valerate Tablet   0.01% BASE
Bethanechol Chloride Tablets
Bromocriptine Mesylate Tablets EQ 2.5 mg Base
Budesonide DR Capsules
Budesonide Inhalation
Bumetanide Tablets
Buspirone Hydrochloride Tablets
Cabergoline
Calcipotriene Betamethasone Dipropionate Ointment 0.06-0.005%
Calcipotriene Solution 0.005%
Capecitabine
Carbamazepine Chewable Tablets
Carbamazepine ER Tablets 100mg; 200mg; 400mg
Carbamazepine Tablets
Cefdinir Capsules
Cefdinir Oral Suspension
Cefpodoxime Proxetil Oral Suspension EQ 100mg Base; EQ 50mg Base
Cefpodoxime Proxetil Tablets EQ 100mg Base; EQ 200 mg Base
Cefprozil Tablets
Celecoxib
Cephalexin Suspension
Ciclopirox Cream 0.77%

11

Ciclopirox Shampoo 1%
Ciclopirox Solution 8%
Cimetidine Tablets
Ciprofloxacin Tablets
Clarithromycin ER Tablets
Clemastine Fumarate Tablets
Clindamycin Phosphate 60 ml solution
Clindamycin Phosphate All except solution (Cream, Gel, Lotion)
Clindamycin Phosphate All formulations (Cream, Gel, Lotion, Solution)
Clobetasol Propionate Cream 0.05%
Clobetasol Propionate Gel 0.05%
Clobetasol Propionate Ointment 0.05%
Clobetasol Propionate Solution 0.05%
Clomipramine HCL
Clonidine TTS Patch
Clotrimazole Betamethasone Dipropionate Cream EQ 0.05% BASE
Clotrimazole Betamethasone Dipropionate Ointment EQ 0.05% BASE
Clotrimazole Topical Solution
Cyproheptadine HCL Tablets
Desmopressin Acetate-Tablets
Desogestrel/Ethinyl Estradiol Tablets (Kariva)
Desonide Cream 0.05%
Desonide Lotion 0.05%
Desonide Ointment 0.05%
Desoximetasone Ointment 0.05%; 0.25%
Dexmethylphenidate
Dextroamphetamine Sulfate ER
Diclofenac Potassium Tablets
Diclofenac Tablets
Dicloxacillin Sodium Capsules
Diflunisal Tablets
Diltiazem HCL Tablets
Disopyramide Phosphate Capsules
Doxazosin Mesylate Tablets
Doxycycline hyclate DR
Doxycycline monohydrate
Drospirenone and ethinyl estradiol (Ocella)
Econazole Nitrate Cream 1%
Enalapril Maleate Tablets
Entecavir
Epitol Tablets
Eplerenone Tablets         25mg; 50mg
Erythromycin Base/Ethyl Alcohol Solution 2%
Estazolam Tablets
Estradiol
Estradiol Tablets

Ethambutol HCL [hydrocholoride] Tablets 100mg; 400mg
Ethinyl estradiol and levonorgestrel (Portia and Jolessa)
Ethosuximide Capsules
Ethosuximide Oral Solution
Etodolac ER Tablets
Etodolac Tablets
Fenofibrate
Fluconazole Tablets
Fluocinolone Acetonide Cream 0.01%; 0.025%
Fluocinolone Acetonide Ointment  0.025%
Fluocinonide Cream
Fluocinonide Cream         0.05%; 0.1%
Fluocinonide Emolient Cream
Fluocinonide Gel
Fluocinonide Gel 0.05%
Fluocinonide Ointment
Fluocinonide Ointment 0.05%
Fluocinonide Solution 0.05%
Fluoxetine HCL Tablets
Flurbiprofen Tablets
Flutamide Capsules
Fluticasone Propionate Lotion (60ml)      0.05%
Fluvastatin Sodium Capsules
Fosinopril-hydrochlorothiazide
Gabapentin Tablets
Glimepiride Tablets
Glipizide-metformin
Glyburide
Glyburide-metformin
Griseofulvin Microsize Tablets 250mg; 500mg
Griseofulvin Suspension
Halobetasol Propionate Cream 0.05%
Halobetasol Propionate Ointment 0.05%
Haloperidol
Hydrocortisone Acetate Suppositories (Anucort HC) Suppository 25mg; 30mg
Hydrocortisone Valerate Cream 0.2%
Hydroxyurea Capsules
Hydroxyzine Pamoate Capsules
Imiquimod Cream 0.2%
Irbesartan
Isoniazid
Ketoconazole Cream
Ketoconazole Cream 2%
Ketoconazole Tablets
Ketoprofen Capsules
Ketorolac Tromethamine Tablets

Labetalol HCL Tablets
Lamivudine/Zidovudine (generic Combivir)
Latanoprost Drops/Solution 0.005%; 0.01%
Leflunomide
Levothyroxine
Lidocaine Ointment 5%
Loperamide HCL Capsules
Medroxyprogesterone Tablets
Methazolamide Tablets 25mg; 50mg
Methotrexate Tablets
Methylphenidate HCL ER Tablets 10mg; 20mg; 5mg
Methylphenidate HCL Tablets 10mg; 20mg; 5mg
Metronidazole Cream 0.75%
Metronidazole Gel 0.75%
Metronidazole Gel 1%
Metronidazole Lotion 0.75%
Mimvey (Estradiol/Noreth) Tablets
Moexipril HCL Tablets
Moexipril HCL/HCTZ Tablets
Mometasone Furoate Cream 0.1%
Mometasone Furoate Ointment 0.1%
Mometasone Furoate Solution 0.1%
Nabumetone Tablets
Nadolol Tablets
Nafcillin Sodium Injectable Vials EQ 10GM Base; EQ 1GM Base; EQ 2GM Base
Niacin ER Tablets
Nimodipine
Nitroforantoin MAC Capsules
Norethindrone/ethinyl estradiol (Balziva)
Northindrone Acetate
Nortriptylline Hydrochloride Capsules
Nystatin
Nystatin Ointment 100,000 UNITS/GM
Nystatin/Triamcinolone Acetonide Cream - 100,000 UNITS/GM, 0.1%; 100,000 UNITS/GM, 1%
Nystatin/Triamcinolone Acetonide Ointment -100,000 UNITS/GM, 0.1%; 100,000 UNITS/GM, 1%
Omega-3-Acid Ethyl Esters
Oxacillin Sodium Injectable Vials - EQ 10GM Base; EQ 1GM Base; EQ 2GM Base
Oxaprozin Tablets
Oxybutynin Chloride Tablets
Paricalcitol
Paromomycin
Penicillin VK Tablets
Pentoxifylline Tablets
Phenytoin Sodium ER Capsule – 100mg; 200mg; 300mg

Pioglitazone HCL Metformin HCl Tablets 500mg, EQ 15mg Base; 850MG; EQ 15mg Base
Piroxicam
Pravastatin Sodium Tablets
Prazosin HCL Capsules
Prochlorperazine Maleate Suppository – 25mg
Prochlorperazine Tablets
Promethazine HCL Suppositories 12.5mg; 25mg
Propranolol HCL Tablets
Raloxifine HCL Tablets
Ranitidine HCL Tablets
Tacrolimus Ointment – 0.03%; 0.1%
Tamoxifen Citrate Tablets
Temozolomide
Terconazole Cream 0.8%
Theophylline
Tizanidine
Tobramycin
Tolmetin Sodium Capsules
Tolterodine ER
Tolterodine Tartrate
Topiramate Sprinke Capsules
Triamcinolone Acetonide
Triamcinolone Acetonide Cream - 0.8%; 0.025%; 0.1%; 0.5%
Triamcinolone Acetonide Ointment - 0.025%; 0.1%; 0.5%
Triamcinolone Acetonide Paste – 0.1%
Trifluoperazine HCL
ValsartanHCTZ
Verapamil
Warfarin Sodium Tablets
Zoledronic acid