UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ, INC., *et al.*,<br><br>*Defendants.* | No. 3:20-cv-00802-MPS |

## MOTION TO WITHDRAW

Pursuant to Local Rule 7(e) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned attorney, Lynette R. Bakker of the Office of the Kansas Attorney General, respectfully moves the Court to withdraw as an attorney of record for the Plaintiff State of Kansas in the above-captioned matter. The Plaintiff State of Kansas will be represented by Christopher Teters in this action.

WHEREFORE, the undersigned, Lynette R. Bakker, respectfully requests that the Court grant this Motion to Withdraw.

Respectfully Submitted,

/s/ Lynette R. Bakker
Lynette R. Bakker
First Assistant Attorney General
Office of the Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: (785) 296-3751
Fax: (785) 291-3699
Email: lynette.bakker@ag.ks.gov

*Counsel for the State of Kansas*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing.  A notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Lynette R. Bakker*
Lynette R. Bakker
First Assistant Attorney General
