IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC., *et al.*,<br><br>*Defendants*. | Case No. 3:20-cv-00802-MPS<br><br>November 22, 2024 |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT
ON OVERARCHING CONSPIRACY CLAIMS**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Defendants[1] move for summary judgment on all counts brought by the States in their Amended Complaint to the extent they allege an overarching conspiracy.

In support of this motion, Defendants submit (1) Memorandum of Law in Support of Defendants' Joint Motion for Summary Judgment on Overarching Conspiracy Claims; (2) Statement of Undisputed Material Facts in Support of Defendants' Joint Motion for Summary Judgment on Overarching Conspiracy Claims; and (3) exhibits from which the undisputed material facts are drawn.

---

[1] "Defendants" refers to those individuals and entities that sign this motion.

Dated: November 22, 2024

Respectfully submitted,

<div style="display: flex;">

<div>

*s/ Dimitra Doufekias*
Dimitra Doufekias (phv207871)
Megan E. Gerking (phv207878)
Robert W. Manoso (phv207877)
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

Drew Alan Hillier (ct30252)
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
Phone: (858) 314-7711
Fax: (858) 720-5125
dhillier@mofo.com

Michael B. Miller (phv207479)
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Tel.: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*

</div>

<div>

*/s/ George G. Gordon*
George G. Gordon
Julia Chapman
Forrest E. Lovett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-4400
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

Christie Boyden
DECHERT LLP
1900 K Street NW
Washington, D.C. 20006
Philadelphia, PA 19104
Telephone: (202) 261-3384
Facsimile: (202) 261-3300
christie.boydon@dechert.com

*Counsel for Defendant Lannett Company, Inc*

</div>

</div>

2

*/s/ Christopher Ondeck*
Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com

Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Thomas D. Goldberg
Jeffrey Mueller
DAY PITNEY LLP
Goodwin Square 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0164
Facsimile: (860) 881-2625

*Counsel for Defendants Sandoz Inc.
and Fougera Pharmaceuticals Inc.*

*/s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
Seth Davis
KASOWITZ BENSON TORRES LLP
633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*


*/s/ Robin P. Sumner*
Robin P. Sumner
Michael J. Hartman
Melissa O'Donnell
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Tel. (212) 704-6087
Fax. (212) 704-8370
bennet.moskowitz@troutman.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

*/s/ Whitney Cloud*
Whitney Cloud
Ilana H. Eisenstein
Ben C. Fabens-Lassen
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
whitney.cloud@dlapiper.com
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

Carlton E. Wessel
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
carlton.wessel@us.dlapiper.com

James O. Craven
James I. Glasser
WIGGIN & DANA
One Century Tower
265 Church Street
New Haven, CT 06510
Telephone: 203-498-4361
jcraven@wiggin.com
jglasser@wiggin.com

*Counsel for Defendants Pfizer Inc. and Greenstone LLC*

4

| | |
|---|---|
| /s/ Robin D. Adelstein | /s/ Benjamin H. Diessel |
| Robin D. Adelstein | Benjamin H. Diessel |
| Mark A. Robertson | Ariela C. Anhalt |
| Kimberly Fetsick | Emmett Gilles |
| Abigail Schwarz | WIGGIN AND DANA LLP |
| NORTON ROSE FULBRIGHT US LLP | One Century Tower |
| 1301 Avenue of the Americas | 265 Church Street |
| New York, NY 10019-6022 | New Haven, CT 06510 |
| Telephone: (212) 318-3000 | Tel: (203) 498-4400 |
| Facsimile: (212) 408-5100 | Fax: (203) 782-2889 |
| robin.adelstein@nortonrosefulbright.com | bdiessel@wiggin.com |
| mark.robertson@nortonrosefulbright.com | aanhalt@wiggin.com |
| kimberly.fetsick@nortonrosefulbright.com | egilles@wiggin.com |
| abigail.schwarz@nortonrosefulbright.com | |
| | Nathan E. Denning |
| Mark Angland | Chloe S. Booth |
| NORTON ROSE FULBRIGHT US LLP | WIGGIN AND DANA LLP |
| 779 9th Street NW, Suite 1000 | 437 Madison Avenue, 35th Floor |
| Washington, DC 20001 | New York, NY 10022 |
| Telephone: (202) 662-0200 | Tel: (212) 551-2600 |
| Facsimile: (202) 662-4643 | Fax (212) 551-2888 |
| mark.angland@nortonrosefulbright.com | ndenning@wiggin.com |
| | cbooth@wiggin.com |
| Alex Cummings | |
| Dewey Jude Gonsoulin, III | Christopher Bailes |
| NORTON ROSE FULBRIGHT US LLP | WIGGIN AND DANA LLP |
| 1550 Lamar Street, Suite 2000 | 50 S. 16th Street, Suite 2925 |
| Houston, Texas 77010 | Philadelphia, PA 19102 |
| Telephone: (713) 651-5151 | Tel: (215) 998-8318 |
| Facsimile: (713) 651-5246 | Fax: (215) 988-8384 |
| alex.cummings@nortonrosefulbright.com | cbailes@wiggin.com |
| dewey.gonsoulin@nortonrosefulbright.com | |
| | *Counsel for Defendant Aurobindo Pharma USA, Inc.* |
| Jeffrey J. Mirman | |
| HINCKLEY, ALLEN, & SNYDER LLP | |
| 20 Church Street | |
| Hartford, CT 06103 | |
| Telephone: (860) 725-6200 | |
| Facsimile: (860) 278-3802 | |
| jmirman@hinckleyallen.com | |
| | |
| *Counsel for Defendants Bausch Health Americas, Inc. and Bausch Health US LLC* | |

| | |
|---|---|
| */s/ Darrell Prescott* | */s/ Jane Willis* |
| Darrell Prescott | Jane E. Willis (PHV25421) |
| DARRELL PRESCOTT | Andrew J. O'Connor (PHV208240) |
| LAW OFFICE P.C. | Phillip Z. Yao (PHV208241) |
| 104 Charlton St., 1-W | ROPES & GRAY LLP |
| New York, NY 10014 | 800 Boylston Street |
| Tel: (917) 510-3165 | Boston, MA 02199-3600 |
| Fax: (866) 233-5869 | Tel: (617) 951-7000 |
| dp@darrellprescott.com | Fax: (617) 951-7050 |
| | jane.willis@ropesgray.com |
| James D. Bailey | andrew.oconnor@ropesgray.com |
| BAILEY DUQUETTE P.C. | phillip.yao@ropesgray.com |
| 104 Charlton St., 1-W | |
| New York, NY 10014 | *Counsel for Defendants Mallinckrodt Inc.,* |
| Tel: (212) 658-1946 | *Mallinckrodt LLC, and Mallinckrodt plc* |
| Fax: (866) 233-5869 | |
| james@baileyduquette.com | |

Stephan Matanovic BAILEY DUQUETTE P.C.
21 S. 11th Street, 2nd Floor
Philadelphia, PA 19107
Tel: (215) 660-7600
Fax: (866) 233-5869
stephan@baileyduquette.com

*Counsel for Defendant G&W Laboratories, Inc.*

| | |
|---|---|
| */s/ Colin R. Kass* <br> Colin R. Kass <br> PROSKAUER ROSE LLP <br> 1001 Pennsylvania Ave, NW <br> Suite 600 South <br> Washington, DC 20004 <br> Telephone: (202) 416-6890 <br> Facsimile: (202) 416-6899 <br> ckass@proskauer.com <br><br> Bradley I. Ruskin <br> David A. Munkittrick <br> Adam Farbiarz <br> PROSKAUER ROSE LLP <br> Eleven Times Square <br> New York, New York 10036 <br> Telephone: (212) 969-3000 <br> Facsimile: (212) 969-2900 <br> bruskin@proskauer.com <br> dmunkittrick@proskauer.com <br> afarbiarz@proskauer.com <br><br> Meg Slachetka <br> COMPETITION LAW PARTNERS <br> 1101 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Telephone: (202) 742-4300 <br> meg@competitionlawpartners.com <br><br> *Counsel for Defendant Lupin Pharmaceuticals, Inc.* | */s/ John M. Taladay* <br> John M. Taladay <br> Christopher P. Wilson <br> JoAnna B. Adkisson <br> Michael A. Munoz <br> BAKER BOTTS LLP <br> 700 K Street NW <br> Washington, DC 20004 <br> Telephone: (202) 639-7700 <br> Facsimile: (202) 639-7890 <br> john.taladay@bakerbotts.com <br> christopher.wilson@bakerbotts.com <br> joanna.adkisson@bakerbotts.com <br> micahel.munoz@bakerbotts.com <br><br> Matthew M. Hilderbrand <br> BAKER BOTTS LLP <br> 401 South 1st Street, Suite 1300 <br> Austin, TX 78704 <br> Telephone: (512) 322-2500 <br> Facsimile: (512) 322-3613 <br> matthew.hilderbrand@bakerbotts.com <br><br> Jennifer L. Morgan – ct21751 <br> Marilyn B. Fagelson – ct17202 <br> MURTHA CULLINA LLP <br> 265 Church Street, 9th Floor <br> New Haven, CT 06510 <br> Telephone: (203) 772-7700 <br> Facsimile: (203) 772-7723 <br> jmorgan@murthalaw.com <br> mfagelson@murthalaw.com <br><br> *Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc.* |

| | |
|---|---|
| */s/ Benjamin F. Holt* | */s/ Clifford Katz* |
| Benjamin F. Holt | Clifford Katz |
| Adam K. Levin | Damon W. Suden |
| Justin W. Bernick | Marisa Lorenzo |
| HOGAN LOVELLS US LLP | KELLEY DRYE & WARREN LLP |
| 555 Thirteenth Street, NW | 3 World Trade Center |
| Washington, D.C. 20004 | 175 Greenwich Street |
| Telephone: (202) 637-5600 | New York, NY 10007 |
| benjamin.holt@hoganlovells.com | Tel: (212) 808-7800 |
| adam.levin@hoganlovells.com | Fax: (212) 808-7897 |
| justin.bernick@hoganlovells.com | ckatz@kelleydrye.com |
| | dsuden@kelleydrye.com |
| Jasmeet K. Ahuja | mlorenzo@kelleydrye.com |
| HOGAN LOVELLS US LLP | |
| 1735 Market Street, 23rd Floor | *Counsel for Defendant Wockhardt USA LLC* |
| Philadelphia, PA 19103 | |
| Telephone: (267) 675-4600 | |
| jasmeet.ahuja@hoganlovells.com | |

Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
krinehart@wiggin.com

Robert M. Langer (ct06305)
WIGGIN AND DANA LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3700
Fax: (860) 525-9380
rlanger@wiggin.com

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

/s/ Guy Petrillo  
Guy Petrillo  
Christina Karam  
PETRILLO KLEIN & BOXER LLP  
655 Third Avenue, 22nd Floor  
New York, NY 10017  
212-370-0330  

*Counsel for Defendant Douglas Boothe*

/s/ Michael Weinstein  
Michael Weinstein  
Michael C. Klauder  
Jeffery M. Sauer  
COLE SCHOTZ P.C.  
Court Plaza North  
25 Main Street  
P.O. Box 800  
Hackensack, NJ 07602  
201-489-3000  
201-489-1536  Facsimile  
mweinstein@coleschotz.com  
mklauder@coleschotz.com  
jsauer@coleschotz.com  

*Counsel for Defendant Walter Kaczmarek*

/s/ J. Clayton Everett, Jr.  
J. Clayton Everett, Jr. (phv207964)  
William S.D. Cravens (phv207968)  
Molly R. Maidman (phv207966)  
Y. Frank Ren (phv207981)  
MORGAN, LEWIS & BOCKIUS LLP  
1111 Pennsylvania Avenue, NW  
Washington, DC 20004  
Telephone:  +1.202.739.3000  
Facsimile:  +1.202.739.3001  
clay.everett@morganlewis.com  
william.cravens@morganlewis.com  
molly.maidman@morganlewis.com  
frank.ren@morganlewis.com  

Michael D. Blanchard  
MORGAN, LEWIS & BOCKIUS LLP  
One State Street  
Hartford, CT 06103  
Telephone: +1.860.240.2700  
Facsimile: +1.860.240.2701  
michael.blanchard@morganlewis.com  

*Counsel for Defendant Perrigo New York, Inc.*

/s/ Timothy J. Bergère  
Timothy J. Bergère  
ARMSTRONG TEASDALE LLP  
One Commerce Square  
2005 Market Street, 29th Floor  
Philadelphia, PA 19103  
Telephone: (267) 780-2000  
Facsimile: (215) 405-9070  
tbergere@atllp.com  

*Counsel for Defendant Kurt Orlofski*

/s/ Charles S. Leeper
Charles S. Leeper
Kenneth M. Vorrasi
Alison M. Agnew
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: 202-842-8800
Facsimile: 202-842-8465
charles.leeper@faegredrinker.com
kenneth.vorrasi@faegredrinker.com
alison.agnew@faegredrinker.com

*Counsel for Defendant John Wesolowski*

/s/ Adam S. Lurie
Adam S. Lurie
LINKLATERS LLP
601 Thirteenth Street NW
Suite 400S
Washington, DC 20005
Telephone: (202) 654-9200
Facsimile: (202) 654-9210
adam.lurie@linkaters.com

Michael Pilcher
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9000
Facsimile: (212) 903-9100
michael.pilcher@linklaters.com

*Counsel for Defendant Michael Perfetto*

/s/ Erica S. Weisgerber
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: 212-909-6000
Facsimile: 212-909-6836
eweisgerber@debevoise.com

Edward D. Hassi
Leah S. Martin
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-383-8000
Facsimile: 202-383-8118
thassi@debevoise.com
lmartin@debevoise.com

*Counsel for Defendant Armando Kellum*

/s/ Alexander R. Bilus
Alexander R. Bilus, Esquire
PA No. 203680
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: (215) 972-7177
alexander.bilus@saul.com

Allison L. Burdette, Esquire
PA No. 316695
SAUL EWING LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
allison.burdette@saul.com

*Counsel for Defendant Erika Vogel-Baylor*

<table>
<tr><td>

*/s/ Robert E. Connolly*
Robert E. Connolly
LAW OFFICE OF ROBERT E. CONNOLLY
1735 Market Street, Suite A, #469
Philadelphia, PA 19103
Telephone: (215) 219-4418
bob@reconnollylaw.com

*Counsel for Defendant James Grauso*

</td><td>

*/s/ Michelle N. Lipkowitz*
Michelle N. Lipkowitz
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
Telephone: (202) 434-7448
MNLipkowitz@mintz.com

*Counsel for Defendant Mitchell Blashinsky*

</td></tr>
</table>