IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC., *et al.*,<br><br>*Defendants*. | Case No. 3:20-cv-00802-MPS<br><br>November 22, 2024 |

**DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON
<u>OVERARCHING CONSPIRACY CLAIMS</u>**

**<u>EXHIBIT LIST</u>**

| Exhibit No. | Description |
|:---:|---|
| 1 | Excerpt from Aleksey Likvornik Deposition Transcript, dated November 30, 2022 (Taro) |
| 2 | Excerpts from Napoleon Clark (Actavis 30(b)(6)) Deposition Transcripts, dated June 28 and 29, 2023 (Vols. 1-2) |
| 3 | Excerpt from Anand Shah (Taro 30(b)(6)) Deposition Transcript, dated July 18, 2023 (Vol. 1) |
| 4 | Excerpts from Anand Shah Deposition Transcript, dated October 13, 2021 (Taro) |
| 5 | Excerpts from Anand Shah (Sun 30(b)(6)) Deposition Transcripts, dated July 25 and 26, 2023 (Vols. 1-2) |
| 6 | Excerpts from Andrew Boyer Deposition Transcript, dated August 3, 2023 (Vol. 2) (Actavis) |
| 7 | Excerpts from Anthony Thomassey ("CW-6") Deposition Transcripts, dated July 18-21 and 24, 2023 and August 10, 2023 (Vols. 1-6) (Aurobindo, Fougera) |

| Exhibit No. | Description |
|---|---|
| 8 | Excerpts from Barbara Purcell Deposition Transcripts, dated September 28-29, 2022 (Vols. 1-2) (Bausch) |
| 9 | Excerpts from Billy Seiden Deposition Transcript, dated June 21, 2022 (Taro) |
| 10 | Excerpts from Carol Patterson (Greenstone 30(b)(6)) Deposition Transcript, dated May 10, 2023 |
| 11 | Excerpts from Christopher Bihari ("CW-3") Deposition Transcripts, dated May 31, June 1, June 6, and June 8, 2023 (Vols. 1-2, 4-5) (Fougera/Sandoz) |
| 12 | Excerpts from David Berthold Deposition Transcripts, dated November 17-18, 2021 (Vols. 1-2) (Lupin) |
| 13 | Excerpts from David Myers Jr. Deposition Transcript, dated May 15, 2023 (Actavis) |
| 14 | Excerpts from David Workman Deposition (Mylan 30(b)(6)) Transcript, dated August 3, 2023 |
| 15 | Excerpts from Della Lubke ("CW-4") Deposition Transcripts, dated May 16 and 19, 2023 (Vols. 1 and 3) (Fougera/Sandoz) |
| 16 | Excerpts from Dmitrey Kuznetsov (Glenmark 30(b)(6)) Deposition Transcripts, dated September 14-15, 2023 (Vols. 1-2) |
| 17 | Excerpts from Douglas Boothe Deposition Transcripts, dated June 29-30, 2023 (Vols. 1-2) (Perrigo, Actavis) |
| 18 | Excerpts from Pierre-Yves Cremieux, Ph.D. Deposition Transcript, dated October 7, 2024 (Defendants' Expert)[1] |
| 19 | Excerpts from Edward Allen Lowther Deposition Transcript, dated October 27, 2021 (Mylan, Amneal) |
| 20 | Excerpts from Elizabeth Guerrero Deposition Transcript, dated May 11, 2023 (Taro, West-Ward) |
| 21 | Excerpt from Erika Vogel-Baylor Deposition Transcript, dated September 3, 2021 (Vol. 2) (G&W) |

---

[1] Defendants will provide complete expert reports at the Court's request.

| Exhibit No. | Description |
|---|---|
| 22 | Excerpts from Frederick Warren-Boulton, Ph.D. Deposition Transcripts, dated April 15-16, 2024 (Vols. 1-2) (States' Expert) |
| 23 | Excerpts from Frederick Warren-Boulton, Ph.D. Deposition Transcript, dated October 22, 2024 (States' Expert) |
| 24 | Excerpt from Gregory Bell, Ph.D. Deposition Transcript, dated July 16, 2024 (Lannett Expert) |
| 25 | Excerpts from Gurpartap "G.P." Singh Sachdeva Deposition Transcript, dated March 2, 2021 (Vol. 1) (In re: Allergan Generic Drug Pricing Securities Litigation, Civil Action No. 2:16-9449) (KSH) (CLW)) [AGN-MDL00012482] (Sun) |
| 26 | Excerpts from James Booydegraaff Deposition Transcript, dated August 12, 2021 (Perrigo) |
| 27 | Excerpts from James Grauso Deposition Transcripts, dated May 4-5, 2023 (Vols. 1-2) (G&W, Aurobindo, Glenmark) |
| 28 | Excerpt from James Josway Deposition Transcript, dated June 1, 2023 (Vol. 1) (Taro) |
| 29 | Excerpts from James Luce Deposition Transcript, dated May 2, 2023 (Amneal) |
| 30 | Excerpts from Jason Gensburger (Lupin 30(b)(6)) Deposition Transcript, dated May 22 2023 (Vol. 1) |
| 31 | Excerpts from Jeffrey Johnson Deposition Transcript, dated June 16, 2023 (Glenmark) |
| 32 | Excerpts from Jill Nailor Deposition Transcripts, dated June 30 and July 1, 2022 (Vols. 2-3) (Greenstone) |
| 33 | Excerpts from John Wesolowski Deposition Transcript, dated November 17, 2022 (Vol. 1) (Perrigo) |
| 34 | Excerpt from Jolene Rae McGalliard Deposition Transcript, dated January 26, 2023 (Lannett, Glenmark, Sun) |
| 35 | Excerpt from Joseph Niemi Deposition Transcript, dated February 17, 2023 (Wockhardt) |

| Exhibit No. | Description |
|---|---|
| 36 | Excerpt from Karen Andrus Deposition Transcript, dated June 30, 2021 (Wockhardt) |
| 37 | Excerpts from Kathryn McCormack Deposition Transcript, dated July 29, 2021 (Perrigo) |
| 38 | Excerpt from Kevin McElfresh Deposition Transcript, dated August 25, 2021 (Mylan) |
| 39 | Excerpts from Kevin Smith Deposition Transcripts, dated September 12-13, 2023 (Vols. 1-2) (Lannett) |
| 40 | Excerpts from Kian Kazemi Deposition Transcript, dated November 10, 2022 (Sandoz) |
| 41 | Excerpts from Kurt Orlofski Deposition Transcript, dated January 11, 2023 (Vol 1) (G&W) |
| 42 | Excerpts from Lance Wyatt Deposition Transcript, dated November 2, 2022 (Mylan) |
| 43 | Excerpts from Lisa Glazer (Bausch 30(b)(6)) Deposition Transcripts, dated June 27 and 28, 2023 (Vols. 1-2) |
| 44 | Excerpts from Mary Saharyan Deposition Transcript, dated June 8, 2022 (Bausch) |
| 45 | Excerpt from Matthew Whitt (Mylan 30(b)(6)) Deposition Transcript, dated August 1, 2023 [Mylan30(b)(6)] |
| 46 | Excerpts from Michael Vezza ("CW-1") Deposition Transcripts, dated May 1, 2, 9 and 11, 2023 (Vols. 1-2, 5-6) (Sandoz) |
| 47 | Excerpts from Paul Dutra ("CW-5") Deposition Transcripts, dated August 29-31, 2023 (Vols. 2-4) (Glenmark) |
| 48 | Excerpts from Paul Hoeksema Deposition Transcript, dated September 2, 2021 (Perrigo) |
| 49 | Excerpts from Paul Krauthauser ("CW-2") Deposition Transcripts, dated July 31, August 1, and August 3, 2023 (Vols. 1-3) (Sandoz, Rising) |
| 50 | Excerpts from Paul McMahon (Aurobindo 30(b)(6)) Deposition Transcripts, dated August 8-9, 2023 (Vols. 1-2) |

| Exhibit No. | Description |
|---|---|
| 51 | Excerpts from Paul McMahon (30(b)(1)) Deposition Transcripts, dated March 29 and 30, 2022 (Vols. 1-2) (Aurobindo) |
| 52 | Excerpts from Robert Cunard Deposition Transcript, dated June 21, 2023 (Aurobindo) |
| 53 | Excerpts from Robert Foley Deposition Transcript, dated June 2, 2021 (Lannett) |
| 54 | Excerpt from Ronald Greenblatt (G&W 30(b)(6)) Deposition Transcript, dated August 16, 2023 |
| 55 | Excerpt from Scott Brick Deposition Transcript, dated May 10, 2023 (Taro) |
| 56 | Excerpts from Scott Koenig Deposition Transcript, dated May 5, 2023 (Vol. 2) (Wockhardt) |
| 57 | Excerpts from Shannon Rivero Deposition Transcript, dated August 11, 2022 (Amneal) |
| 58 | Excerpts from Terrance Coughlin Deposition Transcript, dated July 13, 2023 (Glenmark) |
| 59 | Excerpt from Timothy Gustafson Deposition Transcript, dated August 23, 2022 (Aurobindo) |
| 60 | Excerpts from Tony Rosa (Amneal 30(b)(6)) Deposition Transcripts, dated May 16 and 17, 2023 (Vols. 1-2) |
| 61 | Excerpts from Tracy Sullivan Deposition Transcript, dated September 21, 2023 (Vol. 2) (Lannett) |
| 62 | Excerpts from Carol Patterson Deposition Transcript, dated May 11, 2023 (Greenstone) |
| 63 | Excerpts from Michael Perfetto Deposition Transcripts, dated June 29 and 30, 2022 (Vols. 1-2) (Taro, Actavis) |
| 64 | Excerpts from Robert Watson Deposition Transcript, dated December 15, 2023 (Wockhardt) |
| 65 | Excerpts from Second Amended Expert Report of Frederick R. Warren-Boulton, Ph.D., dated February 20, 2024 |

| Exhibit No. | Description |
|---|---|
| 66 | Excerpts from Expert Reply Report of Frederick Warren-Boulton, Ph.D., dated August 26, 2024 |
| 67 | Excerpts from Expert Report of Daniel L. Rubinfeld, dated April 26, 2024 |
| 68 | Excerpts from Expert Report of Gregory K. Bell, Ph.D., dated April 26, 2024 |
| 69 | Excerpts from Experts Report of Lauren J. Stiroh, Ph.D., dated April 26, 2024 |
| 70 | Excerpts from Expert Report of Pierre-Yves Cremieux, Ph.D., dated October 24, 2024 |
| 71 | Excerpts from Responses and Objections of Actavis Elizabeth, LLC, Actavis Holdco U.S. and Actavis Pharma, Inc. to Plaintiffs' Second Set of Interrogatories Directed to Defendants, dated October 16, 2020 |
| 72 | Excerpts from Lannett Company, Inc.'s First Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories Directed to Defendants, dated August 10, 2018 |
| 73 | Excerpts from Responses and Objections to Defendant Aurobindo Pharma USA, Inc.'s First Set of Requests for Admissions to Plaintiff States |
| 74 | Excerpts from Responses and Objections to Bausch's First Set of Requests for Admission Directed to Plaintiff States, dated October 31, 2023 |
| 75 | Excerpts from Responses and Objections to Actavis Holdco US, Inc., Actavis Elizabeth LLC, and Actavis Pharma, Inc's Second Set of Request for Admissions to the State of Connecticut, dated October 7, 2024 |
| 76 | Safeway Presentation re. "Medco Opportunity" dated June 1, 2012 [ALB-RXGEN-000224893-900] |
| 77 | Email from D. Salemi to C. Stacey et al., re: "DM & Catalina excess of $500K NOW…", dated November 9, 2011 [ALB-RXGEN-000358594-98] |
| 78 | Letter from K. Belton to D. Hill re: Aurobindo Pharma USA's price proposal on Pioglitazone HCL and Metformin products to Cardinal, dated February 8, 2013 [APUSA-003521100-01] |
| 79 | Barbara Purcell Deposition Exhibit D-0002, Handwritten notes from the Journal of Barbara Purcell [VALMDL-000773285] |

| Exhibit No. | Description |
|---|---|
| 80 | Email from P. Dutra to M. Blashinsky; J. Cangemi; J. Brown re: "Fluticasone @ ABC - ROFR," dated January 9, 2013 [GMK-MDL-000153121] |
| 81 | Email from J. Brown to P. Dutra re: "Optisource Fluticasone ROFR," dated September 20, 2013 [GMK-MDL-000283639] |
| 82 | Taro Presentation titled "Taro Analysis of Sun Portfolio: Products where share can be increased and/or prices adjusted" [TARO_000224150] |
| 83 | Email from P. Dutra to J. Brown re: "Fluticasone," dated July 31, 2013 (Dutra Dep. Def. Ex. 8) [GMK-MDL-000334246] |
| 84 | Email from M. Blashinsky to P. Dutra re: "Dermis," dated April 3, 2013 (Dutra Dep. Def. Ex 32) [GMK-MDL-000427917] |
| 85 | Spreadsheet titled "MarketShare_Price elasticity 4-3-2013.xlsx" attached to Ex. 84, April 3, 2013 email from M. Blashinsky to P.Dutra [GMK-MDL-000427918 (Dutra Dep. Exhibit 32A)] [GMK-MDL-000427918 (Dutra Depo Exhibit 32A)] |
| 86 | Email from M. Blashinsky to P. Dutra re: "Meeting with Taro regarding OTC opportunities," dated March 1, 2013 [GMK-MDL-000427945] |
| 87 | Email from M. Blashinsky to P. Birdy re: "Derm price increases in Q4…," dated February 18, 2013 [GMK-MDL-000993735] |
| 88 | Current Report (SEC Form 8-K) of Impax Laboortories, Inc., dated November 3, 2014 [GENERICS-FL-000012333] |
| 89 | Email from S. Picca to P. Dutra re: "Golf Things," dated August 29, 2012 [GMK-MDL-001033977] |
| 90 | Email from M. Perfetto to M. Blashinsky re: "Calcitrene," dated July 12, 2013 [GMK-MDL-001290958] |
| 91 | Email from J. Lefebvre to P. Dutra re: "what time/where do you want to meet?" dated September 19, 2012 [GMK-MDL-001708634] |
| 92 | Email from J. Lefebvre to P. Dutra et al. re: "Pre CPhI Old Head Site Visit," dated September 18, 2012 [GMK-MDL-001708651] |
| 93 | Email from P. Dutra to M. Falkin re: "Golf," dated April 17, 2013 [GMK-MDL-001724395] |

| Exhibit No. | Description |
|---|---|
| 94 | Document Titled "Manufacturer FAQs to support Walgreens Boots Alliance Development GmbH Group Purchasing Agreement" [GMK-MDL-001978957] |
| 95 | Credit Suisse report titled "Oral Contraceptives-how generics have performed so far?" dated April 3, 2012 by A. Aggarwal [GMK-MDL-002531698] |
| 96 | Email from W. Kennally to C. Patterson re: "Price Increase for Clinda Phosphate," dated November 15, 2012 [GNST-005765557] |
| 97 | Email from R. Sanderson to S. Khanna and C. Patterson re: "Unsolicited bid," dated December 8, 2011 [GNST-006116804] |
| 98 | Email from A. Greenblatt to E. Mittleberg and K. Orlofski re: "G&W Follow up," dated April 11, 2014 [GWCT-HHR-0000094300] |
| 99 | Excerpts from Luis Jorge Deposition Transcript, dated May 24, 2022 (Sandoz) |
| 100 | Kroger presentation titled "Drug/GM 2013 Collaborative Planning: L'Oreal Paris," dated October 2012 [KRG-RXGEN-000851142-67] |
| 101 | Kroger Co. presentation titled "Drug/GM Collaborative Planning 2011" [KRG-RXGEN-000861413-23] |
| 102 | Kroger Management/ASP Performance Excellence Discussion for L. Lutz, 2012 Fiscal Year [KRG-RXGEN-001497633-37] |
| 103 | Email from R. Canole to A. Slizewski re: "Latanoprost-Strategy," dated August 15, 2011 [PER-MDL-000322398] |
| 104 | Email from S. Kochan to J. Papa, re: "Paddock ANDA for Latanoprost Ophthalmic approval; Files petition on Fenofibrate," dated July 21, 2011 [PER-MDL-000361454] |
| 105 | Sandoz Presentation titled "Improving Sales and Profitability at Sandoz: Growth Opportunities Presentation," dated December 2, 2013 [SDZCTAG-01489454] |
| 106 | Email from N. Greenberger to I. Moller and P. Goldschmidt re: "McKinsey KAM deck," dated September 21, 2013 [SDZMDL-007771836] |

| Exhibit No. | Description |
|---|---|
| 107 | Sandoz Presentation titled "Walgreens Account Plan," dated September 18, 2013 [SDZMDL-007771851] |
| 108 | Email from S. Kirk to J. Kedrowski re: "Divestitures / Canada," dated August 28, 2012 [SMT-008180967] |
| 109 | Email from C. Akyempon to B. Seiden re: "Taro Pharma Proposal," dated September 7, 2012 [SMT-008317249] |
| 110 | Email from P. Venugopal to D. Berman re: "ANDA divestment process," dated July 20, 2014 [SMT-008620033] |
| 111 | Email from P. Venugopal to K. Orlofski re: "Revised offer," dated February 1, 2015 [SMT-008626997] |
| 112 | Email from A. Davis to P. Venugopal re: "Introduction," dated July 23, 2014 [SMT-008645357] |
| 113 | Email from J. Glazer to P. Venugopal re: "Sun/Ranbaxy," dated November 26, 2014 [SMT-008657182] |
| 114 | Marketing and Distribution Agreement between Glenmark Generics Ltd, Glenmark Generics Inc., USA and Taro Pharmaceuticals U.S.A., dated May 5, 2010 [SMT-009511610] |
| 115 | Product Development and Commercialization Collaboration Agreement between Elan Pharma International Limited and Taro Pharmaceuticals North America, Inc., dated February 19, 2014 [SMT-009886020] |
| 116 | Email from K. Sundaram to M. Perfetto re: "Integration," dated August 22, 2014 [SMT-010240122] |
| 117 | Email from P. Venugopal to V. Soni re: "Products to be divested as per FTC & CCI by Sun pharma & Ranbaxy post Merger," dated February 2, 2015 [SMT-010306536] |
| 118 | Email from A. Aprahamian to K. Orlofski re: "ANDA Review," dated June 26, 2013 [SMT-010499255] |
| 119 | Email from A. Aprahamian to S. Cline re: "Feverall divesture opportunity," dated July 4, 2013 [SMT-010499846] |
| 120 | Email from A. Aprahamian to K. Ostrander re: "Taro / Sandoz BD Follow Up," dated November 14, 2014 [SMT-010541792] |

| Exhibit No. | Description |
|---|---|
| 121 | Email from A. Aprahamian to J. Eaton re: "Taro Forecast - Revised ( December 2015 Units )," dated August 27, 2015 [SMT-010718205] |
| 122 | Email from M. Perfetto to T. Coughlin, re: "Phone Call," dated August 27, 2013 [SMT-010947583] |
| 123 | Email from M. Perfetto to K. Orlofski, re: "Conversation Follow-Up," dated February 28, 2013 [SMT-010952347] |
| 124 | Email from M. Perfetto to D. Boothe re: "Otc person," dated June 18, 2013 [SMT-010958132] |
| 125 | Email from A. Likvornik to A. Aprahamian re: "Divestitures - Mutual CDA," dated April 18, 2014 [SMT-011577287] |
| 126 | Email from J. Eaton to B. Purcell re: "Accepted: CONFIRMED: Conf Call Valeant/Perrigo re Latest Developments with Fenofibrate Agreement and Ethypharma," dated December 1, 2015 [VALMDL-000004599] |
| 127 | Email from A. Greenblatt to B. Purcell and E. Vogel-Baylor re: "Meeting on Tuesday - CDA," dated March 30, 2014 [VALMDL-001537695] |
| 128 | Email from M. Saharyan to J. Grauso re: "I'm sorry your team lost Uncle Jimmie," dated November 15, 2010 [VALMDL-001757498] |
| 129 | Image attached to Ex. 128 (Email from M. Saharyan to J. Grauso, dated November 15, 2010) [VALMDL-001757499] |
| 130 | Exclusive License, Marketing and Distribution Agreement between Perrigo New York, Inc. and Valeant Phamaceuticals Ireland, dated September 30, 2013 [VALMDL-000377455] |
| 131 | Mylan Presentation titled, "Opportunity Analysis Workshop Presentation," dated August 18, 2014 [MYLGP0001251856] |
| 132 | Mylan Pricing & Contracts Department New Employee Training Handbook [MYLGP0002696599] |
| 133 | Email from B. Purcell to D. Jorn Re: "Actavis/ Acyclovir," dated April 8, 2014 [VALMDL-001532816] |
| 134 | Email from K. Andrus to M. Craney and S. Koenig re: "Taro dramatic price increase on Clobet effective today," dated June 3, 2014 [Wockhardt-CB-000000263434] |

| Exhibit No. | Description |
|---|---|
| 135 | Email from S. Koenig to K. Andrus re: "Clobetasol," dated August 6, 2014 [Wockhardt-CB-000001418980] |
| 136 | McKinsey & Co. Presentation titled "Corporate Center Redesign" prepared for Sun Pharmacutical Industires LTD and Taro Pharmaceutical Industries Ltd., dated July 15, 2011 [SMT-008169416] |
| 137 | Article titled "Pharma's first-to-market advantage" by M. Cha and F. Yu, McKinsey & Company, published September 1, 2024 at https://www.mckinsey.com/industries/life-sciences/our-insights/pharmas-first-to-market-advantage |
| 138 | Excerpts from Marc Falkin Deposition Transcript, dated October 20, 2022 (Vol. 3) (Actavis) |
| 139 | Email from B. Purcell to R. Strzeminski Re: "Matt's Resume," dated March 7, 2012 (Barbara Purcell Deposition Exhibit D-0001) [VALMDL-000780182] |
| 140 | Declaration of Hector Armando Kellum, dated November 20, 2024 (Sandoz) |
| 141 | Sandoz August 2014 IMS NSP - Market Share Report, dated August 2014 [SDZCTAG-06074516] |
| 142 | Sandoz January 2015 IMS NSP - Market Share Report, dated January 2015 [SDZCTAG-00319522] |
| 143 | Email from T. Wohn to A. Kellum et. Al re: "Pricing Committee Meeting Charter" dated August 31, 2012 [SDZCTAG-02128397] with attachment, Sandoz Presentation titled "Sandoz Pricing Committee," dated August 2012 [SDZCTAG-02128398] |
| 144 | Email from D. Herbig to S. Koenig Re: "Daily Allocation Report," dated Nov. 17, 2014 [WOCKHARDT-CB-000001410669] |
| 145 | Email from K. Andrus to J. Lopez re: "Clobetasol TOPICAL MOD 08 14 2014 KAJL," dated August 14, 2014 [Wockhardt-CB-000000364443] |
| 146 | Email from J. Bowles to S. Koenig and Karen Andrus Re: "EES Supply," dated April 5, 2011 [Wockhardt-CB-000003154314-15] |
| 147 | Letter from K. Andrus to R. Meehan dated April 12, 2011 [Wockhardt-CB-000003139547] |

| Exhibit No. | Description |
|---|---|
| 148 | Email from A. Hathaway to J. Dean re: "CVS Ex Phenytoin Sodium OA 6.18.14," dated June 19, 2014 [MYLGP0001239248] |
| 149 | Email from G. Freed to U. Makkuni et al. re: "Walmart Ex Phenytoin OA 7.10.14," dated July 11, 2014 [MYLGP0010496591] |
| 150 | Email from T. Bebout to T. Fournier, re: "Walgreens Ex Phenytoin Sodium OA 4.28.14-UPDATED USAGES," dated May 14, 2014 [MYLGP0008573041] |
| 151 | Email from K. Andrus to S. Koenig Re: "Clobetasol Termination," dated Sept. 2, 2014 [Wockhardt-CB-000001676637] |
| 152 | Email from J. Grauso to S. Blake Re: "Ceph Products for Re-Introduction 4-1-13," dated April 1, 2013 [Wockhardt-CB-000003131335] |
| 153 | CVS Caremark Corporation Generic Pharmaceuticals Business Standards effective Sept. 1, 2007 [APUSA-001945343] |
| 154 | Red Oak Sourcing, LLC Generic Pharmaceuticals Business Standards, dated 2014 [Wockhardt-CB-000002149954] |
| 155 | Promotion Agreement between Valeant Pharmaceuticals North America LLC, Valeant International Bermuda, and Watson Laboratories, Inc. dated April 4, 2013 [VALMDL-001532817] |
| 156 | Excerpts from John Lopez Deposition Transcript, dated June 22, 2023 (Wockhardt) |
| 157 | Excerpts from Gopalakrishnan Venkatesan (Wockhardt 30(b)(6)) Deposition Transcripts, dated September 20, 2023 (Vol. 1) |
| 158 | Excerpts from Jay Albanese, Ph.D. Deposition Transcript, dated January 4, 2024 (States' Expert) |
| 159 | Expert Report of Bonnie Levin, Ph.D., dated April 26, 2024 |
| 160 | Blogpost titled "What's Your Fair Share: Using Market Analysis to Help Banks Prioritize Tiers of Transformations across Their Branch Networks", by Sean Keathley, dated October 17, 2019 (Warren-Boulton Dep. Def. Ex. 18) |
| 161 | Article Titled "Is Your Hotel Getting Its Fair Share?" from RevenueHub.com (2024) (Warren-Boulton Dep. Def. Ex. 19) |

| Exhibit No. | Description |
|---|---|
| 162 | Email from A. Kellum to B. Christensen re: "Desonide," dated November 6, 2012 |
| 163 | Excerpt from Wayne Fallis Deposition Transcript, dated June 23, 2021 (Sun) |
| 164 | Email from R. Sanderson to C. Versichele et al. re: "McKesson OneStop Generics Newsletter: Retail Edition," dated December 22, 2011 [GNST-006361580] |
| 165 | Excerpt from Alicia Evolga (Lannett 30(b)(6)) Deposition Transcript, dated October 25, 2023 |
| 166 | Excerpt from Supplemental Reply Report of Fredrick Warren-Boulton Ph.D., dated November 19, 2024 |