UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ, INC., *et al.*,<br><br>*Defendants*. | Case No. 3:20-cv-00802-MPS<br><br>November 22, 2024 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON STATE-LAW EQUITABLE CLAIMS, CIVIL PENALTIES AND
FINES, EXTRATERRITORIAL ENFORCEMENT OF STATE LAW,
<u>GENERAL ECONOMY DAMAGES, AND STATE ANTITRUST CLAIMS</u>**

Pursuant to Rule 56, Fed. R. Civ. P., and Local Rule 56, Defendants move this Court for summary judgment on the remedies sought by State Plaintiffs under state laws as more fully explained in Defendants' Memorandum of Law in Support of Motion for Summary Judgment on State-Law Equitable Claims, Civil Penalties and Fines, Extraterritorial Enforcement of State Law, General Economy Damages, and State Antitrust Claims.

Defendants are entitled to summary judgment on State Plaintiffs' requests for restitution, disgorgement, and unjust enrichment under state laws because adequate remedies at law exist.

Defendants are entitled to summary judgment on State Plaintiffs' attempt to base civil penalties and fines on the number of sales by pharmacists because case law and the plain meaning of the statutes require civil penalties and fines to be calculated based on acts of Defendants, not others.

Defendants are entitled to summary judgment on State Plaintiffs' requests for civil penalties and fines under the law of any state where a particular Defendant did not make sales of

**ORAL ARGUMENT REQUESTED**

a pharmaceutical product that was purportedly affected by an alleged conspiracy in that state because the dormant Commerce Clause of the United States Constitution prohibits a state from regulating economic activity wholly outside its border.

Defendants are entitled to summary judgment on State Plaintiffs' requests for civil penalties and fines under the law of any state where a particular Defendant did not purportedly enter an alleged conspiracy because the imposition of civil penalties or fines under such a state's law would violate the Due Process Clause of the Fourteenth Amendment and Article IV's Full Faith and Credit Clause of the United States Constitution.

Defendants are entitled to summary judgment on the requests for damages to the "general economy" asserted by California, Connecticut, Puerto Rico, and the U.S. Virgin Islands because (1) no cognizable legal claim exists for "general economy" damages under the laws of California, Puerto Rico, or the Virgin Islands, and (2) no evidence exists of damages to the "general economy" of Connecticut.

Defendants are entitled to summary judgment on State Plaintiffs' requests for monetary relief under state antitrust and consumer protection statutes for lack of antitrust standing because their claims are too indirect, too speculative, and duplicative of claims filed by plaintiffs in other lawsuits.

In support of this motion, Defendants submit (1) Defendants' Memorandum of Law in Support of Motion for Summary Judgment on State-Law Equitable Claims, Civil Penalties and Fines, Extraterritorial Enforcement of State Law, General Economy Damages, and State Antitrust Claims; (2) Defendants' Appendix A to Motion for Summary Judgment on State Remedies; (3) Defendants' Local Rule 56(a)1 Statement of Undisputed Material Facts; and (4) evidentiary exhibits and testimony from which the undisputed material facts are drawn.

**ORAL ARGUMENT REQUESTED**

Dated: November 22, 2024

Respectfully submitted,

/s/ Robin D. Adelstein
Robin D. Adelstein
Mark A. Robertson
Kimberly Fetsick
Abigail Schwarz
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com
kimberly.fetsick@nortonrosefulbright.com
abigail.schwarz@nortonrosefulbright.com

Mark Angland
NORTON ROSE FULBRIGHT US LLP
779 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
mark.angland@nortonrosefulbright.com

Alex Cummings
Dewey Jude Gonsoulin, III
NORTON ROSE FULBRIGHT US LLP
1550 Lamar, Suite 2000
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
alex.cummings@nortonrosefulbright.com
dewey.gonsoulin@nortonrosefulbright.com

Jeffrey J. Mirman
HINCKLEY, ALLEN, & SNYDER LLP
20 Church Street
Hartford, CT 06103
Telephone: (860) 725-6200
Facsimile: (860) 278-3802
jmirman@hinckleyallen.com

*Counsel for Defendants Bausch Health Americas, Inc. and Bausch Health US LLC*

/s/ Benjamin F. Holt
Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
krinehart@wiggin.com

Robert M. Langer (ct06305)
WIGGIN AND DANA LLP
20 Church Street
Hartford, CT 06103
Tel: (860) 297-3700
Fax: (860) 525-9380
rlanger@wiggin.com

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

| | |
|---|---|
| */s/ Dimitra Doufekias* | */s/ George G. Gordon* |
| Dimitra Doufekias (phv207871) | George G. Gordon |
| Megan E. Gerking (phv207878) | Julia Chapman |
| Robert W. Manoso (phv207877) | Forrest E. Lovett |
| MORRISON & FOERSTER LLP | DECHERT LLP |
| 2100 L Street, NW Suite 900 | 2929 Arch Street |
| Washington, DC 20037 | Philadelphia, PA 19104 |
| Tel.: (202) 887-1500 | Telephone: (215) 994-4000 |
| Fax: (202) 887-0763 | Facsimile: (215) 994-4400 |
| ddoufekias@mofo.com | george.gordon@dechert.com |
| mgerking@mofo.com | julia.chapman@dechert.com |
| rmanoso@mofo.com | forrest.lovett@dechert.com |
| | |
| Drew Alan Hillier (ct30252) | Christie Boyden |
| MORRISON & FOERSTER LLP | DECHERT LLP |
| 12531 High Bluff Drive | 1900 K Street NW |
| San Diego, CA 92130-2040 | Washington, DC. |
| Phone: (858) 314-7711 | Telephone: (202) 261-3300 |
| Fax: (858) 720-5125 | Facsimile: (202) 261-3300 |
| Email: dhillier@mofo.com | scott.proctor@dechert.com |
| | christie.boyden@dechert.com |
| Michael B. Miller (phv207479) | |
| MORRISON & FOERSTER LLP | *Counsel for Defendant Lannett Company, Inc* |
| 250 W 55th Street | |
| New York, NY 10019 | |
| Tel.: (212) 468-8000 | |
| Fax: (212) 468-7900 | |
| mbmiller@mofo.com | |

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*

4

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| */s/ Sheron Korpus* | */s/ Whitney Cloud* |
| Sheron Korpus | Whitney Cloud |
| Seth A. Moskowitz | Ilana H. Eisenstein |
| Seth Davis | Ben C. Fabens-Lassen |
| KASOWITZ BENSON TORRES LLP | DLA PIPER LLP (US) |
| 1633 Broadway | 1650 Market Street, Suite 5000 |
| New York, New York 10019 | Philadelphia, PA 19103 |
| Telephone: (212) 506-1700 | Telephone: (215) 656-3300 |
| skorpus@kasowitz.com | whitney.cloud@dlapiper.com |
| smoskowitz@kasowitz.com | ilana.eisenstein@dlapiper.com |
| sdavis@kasowitz.com | ben.fabens-lassen@dlapiper.com |

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

Carlton E. Wessel
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
carlton.wessel@us.dlapiper.com

*/s/ Robin P. Sumner*
Robin P. Sumner
Michael J. Hartman
Melissa O'Donnell
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

James O. Craven
James I. Glasser
WIGGIN & DANA
One Century Tower
265 Church Street
New Haven, CT 06510
Telephone: 203-498-4361
jcraven@wiggin.com
jglasser@wiggin.com

*Counsel for Defendants Pfizer Inc. and Greenstone LLC*

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Tel. (212) 704-6087
Fax. (212) 704-8370
bennet.moskowitz@troutman.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

5

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| */s/ J. Clayton Everett, Jr.* <br> J. Clayton Everett, Jr. (phv207964) <br> William S.D. Cravens (phv207968) <br> Molly R. Maidman (phv207966) <br> Y. Frank Ren (phv207981) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Telephone: +1.202.739.3000 <br> Facsimile: +1.202.739.3001 <br> clay.everett@morganlewis.com <br> william.cravens@morganlewis.com <br> molly.maidman@morganlewis.com <br> frank.ren@morganlewis.com <br><br> Michael D. Blanchard <br> MORGAN, LEWIS & BOCKIUS LLP <br> One State Street <br> Hartford, CT 06103 <br> Telephone: +1.860.240.2700 <br> Facsimile: +1.860.240.2701 <br> michael.blanchard@morganlewis.com <br><br> *Counsel for Defendant Perrigo New York, Inc.* <br><br> */s/ Clifford Katz* <br> Clifford Katz <br> Damon W. Suden <br> Marisa Lorenzo <br> KELLEY DRYE WARREN LLP <br> 3 World Trade Center <br> 175 Greenwich Street <br> New York, NY 10007 <br> Tel: (212) 808-7800 <br> Fax: (212) 808-7897 <br> ckatz@kelleydrye.com <br> dsuden@kelleydrye.com <br> mlorenzo@kelleydrye.com <br><br> *Counsel for Defendant Wockhardt USA LLC* | /s/ *Nathan E. Denning* <br> Nathan E. Denning <br> Chloe S. Booth <br> WIGGIN AND DANA LLP <br> 437 Madison Avenue, 35th Floor <br> New York, NY 10022 <br> Tel: (212) 551-2600 <br> Fax (212) 551-2888 <br> ndenning@wiggin.com <br> cbooth@wiggin.com <br><br> Benjamin H. Diessel <br> Ariela C. Anhalt <br> Emmett Gilles <br> WIGGIN AND DANA LLP <br> One Century Tower <br> 265 Church Street <br> New Haven, CT 06510 <br> Tel: (203) 498-4400 <br> Fax: (203) 782-2889 <br> bdiessel@wiggin.com <br> aanhalt@wiggin.com <br> egilles@wiggin.com <br><br> Christopher Bailes <br> WIGGIN AND DANA LLP <br> 50 S. 16th Street, Suite 2925 <br> Philadelphia, PA 19102 <br> Tel: (215) 998-8318 <br> Fax: (215) 988-8384 <br> cbailes@wiggin.com <br><br> *Counsel for Defendant Aurobindo Pharma USA, Inc.* |

6

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| */s/ Darrell Prescott* | */s/ Jane Willis* |
| Darrell Prescott | Jane E. Willis (PHV25421) |
| DARRELL PRESCOTT | Andrew J. O'Connor (PHV208240) |
| LAW OFFICE P.C. | Phillip Z. Yao (PHV208241) |
| 104 Charlton St., 1-W | ROPES & GRAY LLP |
| New York, NY 10014 | 800 Boylston Street |
| Tel: (917) 510-3165 | Boston, MA 02199-3600 |
| Fax: (866) 233-5869 | Tel: (617) 951-7000 |
| dp@darrellprescott.com | Fax: (617) 951-7050 |
| | jane.willis@ropesgray.com |
| James D. Bailey | andrew.oconnor@ropesgray.com |
| BAILEY DUQUETTE P.C. | phillip.yao@ropesgray.com |
| 104 Charlton St., 1-W | |
| New York, NY 10014 | *Counsel for Defendants Mallinckrodt Inc.,* |
| Tel: (212) 658-1946 | *Mallinckrodt LLC, and Mallinckrodt plc* |
| Fax: (866) 233-5869 | |
| james@baileyduquette.com | |
| | |
| Stephan Matanovic | |
| BAILEY DUQUETTE P.C. | |
| 21 S. 11th Street, 2nd Floor | |
| Philadelphia, PA 19107 | |
| Tel: (215) 660-7600 | |
| Fax: (866) 233-5869 | |
| stephan@baileyduquette.com | |

*Counsel for Defendant G&W Laboratories, Inc.*

7

**ORAL ARGUMENT REQUESTED**

/s/ Colin R. Kass
Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899
ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
Adam Farbiarz
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com
afarbiarz@proskauer.com

Meg Slachetka
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com

*Counsel for Defendant Lupin Pharmaceuticals, Inc.*

/s/ John M. Taladay
John M. Taladay
Christopher P. Wilson
JoAnna B. Adkisson
Michael A. Munoz
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
joanna.adkisson@bakerbotts.com
micahel.munoz@bakerbotts.com

Matthew M. Hilderbrand
BAKER BOTTS LLP
401 South 1st Street, Suite 1300
Austin, TX 78704
Telephone: (512) 322-2500
Facsimile: (512) 322-3613
matthew.hilderbrand@bakerbotts.com

Jennifer L. Morgan – ct21751
Marilyn B. Fagelson – ct17202
MURTHA CULLINA LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: (203) 772-7700
Facsimile: (203) 772-7723
jmorgan@murthalaw.com
mfagelson@murthalaw.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc.*

8

**ORAL ARGUMENT REQUESTED**

                    */s/ Christopher Ondeck*
Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com

Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Thomas D. Goldberg
Jeffrey Mueller
DAY PITNEY LLP
Goodwin Square 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0164
Facsimile: (860) 881-2625

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

9

**ORAL ARGUMENT REQUESTED**

*/s/ Guy Petrillo*
Guy Petrillo
Christina Karam
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
212-370-0330

*Counsel for Defendant Douglas Boothe*

*/s/ G. Robert Gage, Jr.*
G. Robert Gage, Jr.
GAGE SPENCER & FLEMING LLP
410 Park Avenue
New York, NY 10022
Telephone: (212) 768-4900
grgage@gagespencer.com

Fabien M. Thayamballi
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel. (212)-257-4891
fthayamballi@shapiroarato.com

*Counsel for Defendant Ara Aprahamian*

*/s/ Michael Weinstein*
Michael Weinstein
Michael C. Klauder
Jeffery M. Sauer
COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
201-489-3000
201-489-1536  Facsimile
mweinstein@coleschotz.com
mklauder@coleschotz.com
jsauer@coleschotz.com

*Counsel for Defendant Walter Kaczmarek*

*/s/ Timothy J. Bergère*
Timothy J. Bergère (PA No. 39110)
ARMSTRONG TEASDALE LLP
One Commerce Square
2005 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (267) 780-2000
Facsimile: (215) 405-9070
Email: tbergere@atllp.com

*Counsel for Defendant Kurt Orlofski*

**ORAL ARGUMENT REQUESTED**


| | |
|---|---|
| */s/ Charles S. Leeper* | */s/ Adam S. Lurie* |
| Charles S. Leeper | Adam S. Lurie |
| Kenneth M. Vorrasi | LINKLATERS LLP |
| Alison M. Agnew | 601 Thirteenth Street NW |
| FAEGRE DRINKER BIDDLE & REATH LLP | Suite 400S |
| 1500 K Street, NW, Suite 1100 | Washington, DC 20005 |
| Washington, DC  20005 | Telephone: (202) 654-9200 |
| Telephone:  202-842-8800 | Facsimile: (202) 654-9210 |
| Facsimile:  202-842-8465 | adam.lurie@linkaters.com |
| charles.leeper@faegredrinker.com | |
| kenneth.vorrasi@faegredrinker.com | Michael Pilcher |
| alison.agnew@faegredrinker.com | LINKLATERS LLP |
| | 1290 Avenue of the Americas |
| *Counsel for Defendant John Wesolowski* | New York, New York, 10104 |
| | Telephone: (212) 903-9000 |
| | Facsimile: (212) 903-9100 |
| | michael.pilcher@linklaters.com |
| | |
| | *Counsel for Defendant Michael Perfetto* |
| | |
| */s/ Erica S. Weisgerber* | */s/ Alexander R. Bilus* |
| Erica S. Weisgerber | Alexander R. Bilus, Esquire |
| DEBEVOISE & PLIMPTON LLP | PA No. 203680 |
| 66 Hudson Boulevard | SAUL EWING LLP |
| New York, NY 10001 | Centre Square West |
| Telephone: 212-909-6000 | 1500 Market Street, 38th Floor |
| Facsimile: 212-909-6836 | Philadelphia, PA 19102-2186 |
| eweisgerber@debevoise.com | Telephone:  (215) 972-7177 |
| | alexander.bilus@saul.com |
| Edward D. Hassi | |
| Leah S. Martin | Allison L. Burdette, Esquire |
| DEBEVOISE & PLIMPTON LLP | PA No. 316695 |
| 801 Pennsylvania Avenue, N.W. | SAUL EWING LLP |
| Washington, DC 20004 | One PPG Place, Suite 3010 |
| Telephone: 202-383-8000 | Pittsburgh, PA 15222 |
| Facsimile: 202-383-8118 | Telephone:  (412) 209-2500 |
| thassi@debevoise.com | allison.burdette@saul.com |
| lmartin@debevoise.com | |
| | *Counsel for Defendant Erika Vogel-Baylor* |
| *Counsel for Defendant Armando Kellum* | |

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| */s/ Robert E. Connolly* | */s/ Michelle N. Lipkowitz* |
| Robert E. Connolly | Michelle N. Lipkowitz |
| LAW OFFICE OF ROBERT E. CONNOLLY | MINTZ, LEVIN, COHN, FERRIS, |
| 1735 Market Street, Suite A, #469 | GLOVSKY AND POPEO, P.C. |
| Philadelphia, PA 19103 | 555 12th Street NW, Suite 1100 |
| Telephone: (215) 219-4418 | Washington, DC 20004 |
| bob@reconnollylaw.com | Telephone: (202) 434-7448 |
| | MNLipkowitz@mintz.com |
| *Counsel for Defendant James Grauso* | |
| | *Counsel for Defendant Mitchell Blashinsky* |

**ORAL ARGUMENT REQUESTED**