UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SANDOZ INC., *et al.*, <br><br> *Defendants*. | Case No. 3:20-cv-00802-MPS <br><br> November 22, 2024 |

**DEFENDANTS' EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON EQUITABLE CLAIMS, CIVIL PENALTIES AND FINES, EXTRATERRITORIAL ENFORCEMENT OF STATE LAW, GENERAL ECONOMY DAMAGES, AND STATE ANTITRUST CLAIMS**

| Exhibit No. | Description |
|---|---|
| 1 | Minnesota's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 2 | Plaintiff State of New Hampshire's Answers to Questions As Agreed Upon in July 6, 2020 Email (Nov. 16, 2020) |
| 3 | State of New Mexico's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 4 | 30(b)(6) Deposition of Joseph Betsko (Commonwealth of Pennsylvania) (May 19, 2023) |
| 5 | Utah's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 6 | Plaintiff Commonwealth of Kentucky's Answers to Questions Informally Recommended by Special Master Marion for Connecticut (Nov. 16, 2020) |
| 7 | Declaration of Alex Cummings in Support of Defendants' Motion for Summary Judgment on Equitable Claims, Civil Penalties and Fines, Extraterritorial Enforcement of State Law, General Economy Damages, and State Antitrust Law (Nov. 22, 2024) |
| 8 | Florida's Answers to Questions Posed by Defendants (Nov. 16, 2020) |
| 9 | Illinois's Answers to Questions Informally Recommended by Special Master Marion for Connecticut (Nov. 16, 2020) |
| 10 | Indiana's Responses to Questions Posed by Defendants (Nov. 16, 2020) |
| 11 | Missouri's Responses to Questions Informally Posed by Defendants (Nov. 16, 2020) |
| 12 | Nevada's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 13 | New York's Response to Defendants' Questions (Nov. 16, 2020) |

| | |
|---|---|
| 14 | Plaintiff State of Oregon's First Supplement to Plaintiff States' Responses and Objections to Defendants' First Set of Interrogatories Propounded to Plaintiff States (January 30, 2020) |
| 15 | Puerto Rico's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 16 | Washington's Answers to Questions Informally Posed by Defendants (Nov. 16, 2020) |
| 17 | Arizona's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 18 | Kansas's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 19 | Plaintiff State of Maryland's Answers to Questions Informally Recommended by Special Master Marion for Connecticut (Nov. 16, 2020) |
| 20 | Massachusetts's Supplemental Information on Theories and Sources (Nov. 16, 2020) |
| 21 | Virginia's Responses to Questions Informally Posed by Defendants (Nov. 16, 2020) |
| 22 | West Virginia's Answers to Questions Informally Requested by Defense Counsel (Nov. 16, 2020) |
| 23 | 30(b)(6) Deposition of Rachel Brackett (State of Florida) (May 22, 2024) |
| 24 | General Responses and Objections to Questions for Information From California in Lieu of 30(b)(6) Topics |
| 25 | Plaintiff State of Colorado's Responses to Defendants' Questions for Information in Lieu of a Rule 30(b)(6) Deposition, Topics 1-4 (Aug. 30, 2023) |
| 26 | 30(b)(6) Deposition of John K. Olson (State of Idaho) (May 18, 2023) |
| 27 | First Amended Illinois Complete Responses to Questions in Lieu of 30(b)(6) Deposition (Mar. 24, 2023) |
| 28 | Plaintiff State of Wisconsin's Answers to Questions Informally Posed by Defendants (Nov. 16, 2020) |
| 29 | Iowa's Answers in Lieu of 30(b)(6) Deposition (Jan. 31, 2023) |
| 30 | Responses to Questions for Information from Kentucky in Lieu of 30(b)(6) Topics (Jan. 31, 2023) |
| 31 | Mississippi's Responses to Topics 1, 2, and 3 in Lieu of 30(b)(6) Deposition (March 20, 2023) |
| 32 | Written Answers from Missouri in Lieu of a 30b6 Deposition (Jan. 24, 2022) |
| 33 | Written Answers from the State of Nevada to Questions for Information in Lieu of a 30(b)(6) Deposition (June 22, 2023) |
| 34 | Plaintiff State of New Mexico's Responses to Questions for Information in Lieu of 30(b)(6) Topics (March 10, 2023) |
| 35 | New York Answers to Defendants' Questions (Oct. 1, 2024) |
| 36 | 30(b)(6) Deposition of Jonathan Mark (State of Washington) (Sept. 21, 2023) |
| 37 | Amended Expert Report of Hal J. Singer, Ph.D., Jan. 12, 2024 |
| 38 | Second Amended Expert Report of Frederick R. Warren-Boulton, Ph.D., Feb. 20, 2024 |
| 39 | Deposition of Fred V. Carstensen, Ph.D. (Mar. 6, 2024) |
| 40 | Deposition of Hal J. Singer, Ph.D. Vol. 2 (Feb. 13, 2024) |

| | |
|---|---|
| 41 | 30(b)(6) Deposition of Michael Francisco (U.S. Virgin Islands) (Aug. 10, 2023) |
| 42 | Deposition of Hal J. Singer, Ph.D. Vol. 1 (Feb. 12, 2024) |
| 43 | GW-MDL-01574497 |
| 44 | SMT-010105932 |
| 45 | PER-CTAG-01045906 |
| 46 | MYL-000189949 |
| 47 | LANNETT-5932277 |
| 48 | WOCKHARDT0014513 |
| 49 | CVS-GEN-MDL-01900144 |
| 50 | New York Senate Final Investigative Report, Pharmacy Benefit Managers in New York (May 31, 2019), *available at* https://www.nysenate.gov/sites/default/files/article/attachment/final_investigatory_report_pharmacy_benefit_managers_in_new_york.pdf. |
| 51 | GENERICS-GA-RFP68-000000295 |
| 52 | GENERICS-GA-RFP68-000000263 |
| 53 | GENERICS-MA-000367647 |
| 54 | GENERICS-GA-RFP68-000000001 |
| 55 | Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies, Interim Staff Report, July 2024, U.S. Federal Trade Commission office of Policy Planning *available at* https://www.ftc.gov/system/files/ftc_gov/pdf/pharmacy-benefit-managers-staff-report.pdf |
| 56 | *Complaint*, *State of Vermont v. Evernorth Health, Inc. et al.*, Docket No. 24-CV-02759 (Vt. Super Ct. June 17, 2024) |
| 57 | *Complaint for Disgorgement, Injunctive Relief, and Declaratory Judgment, State of Ohio Ex Rel. David Yost AG of Ohio v. Ascent Health Serv. LLC et al.*, JPS Docket No. 23-CV-H-03-0179 (Ohio Comm. Pleas Mar. 27, 2023) |
| 58 | Second Deposition of Hal J. Singer, Ph.D. (Oct. 18, 2024) |
| 59 | Transcript of Aug. 1, 2024 Status Conference |
| 60 | 30(b)(6) Deposition of Christina Moylan ( State of Maine) (Mar. 16, 2023) |
| 61 | Eickelberg, Henry C., "The Prescription Drug Supply Chain 'Black Box': How It Works and Why You Should Care," American Health Policy Institute, 2015, *available at* https://terrygroup.com/app/uploads/2015/12/December-2015_AHPIStudy_Understanding_the_Pharma_Black_Box.pdf |
| 62 | 30(b)(6) Deposition of Paul McMahon (Aurobindo) Vol. 1 (Aug. 8, 2023) |
| 63 | Declaration of David M. Max In Support of Defendants' Motion for Summary Judgment on Equitable Claims, Civil Penalties and Fines, Application of State Law to Out-Of-State Activity and General Economy Damages (Nov. 22, 2024) |
| 64 | Declaration of Melissa O'Donnell In Support of Defendant's Motion for Summary Judgment on Equitable Claims, Civil Penalties, Application of State Law to Out-of-State Activity, and General Economy Damages (Nov. 21, 2024) |
| 65 | Plaintiff States' Responses and Objections to Aurobindo Pharma USA, Inc.'s Second Set of Requests for Admissions to Plaintiff States (July 12, 2024) |

| | |
|---|---|
| 66 | Excerpt of Aurobindo sales data produced at APUSA-003242221 showing locations of Pioglitazone Metformin sales to Cardinal Health in 2013 |
| 67 | Excerpt of Aurobindo sales data produced at APUSA-003242214 showing locations of Cefpodoxime Proxetil sales to CVS and ABC and no sales to (or indirectly via) Walmart in 2013 |
| 68 | Plaintiff States' Third Amended Responses and Objections to Bausch's First Set of Interrogatories. Propounded to the Plaintiff States (Jan. 25, 2023) |
| 69 | Declaration of Vlasta Peterova In Support of Defendants' Motion for Summary Judgment on Equitable Claims, Civil Penalties and Fines, Application of State Law to Out of State Activity, and General Economy Damages (Nov. 18, 2024) |
| 70 | Plaintiff States' Responses and Objections to Defendant Greenstone LLC's First Set of Interrogatories Directed to Plaintiff States (Apr. 18, 2023) |
| 71 | Declaration of Michael DeMarco In Support of Defendants' Motion for Summary Judgment on Equitable Claims, Civil Penalties, Application of State Law to Out-of-State Activity, and General Economy Damages (Nov. 21, 2024) |
| 72 | Declaration of Jason Gensburger In Support of Defendants' Motion for Summary Judgment on Equitable Claims, Civil Penalties and Fines, Application of State Law to Out-of-State Activity, and General Economic Damages (Nov. 20, 2024) |
| 73 | Plaintiff States' Responses and Objections to Defendant Perrigo New York, Inc.'s First Set of Interrogatories Directed to Plaintiff States (Nov. 14, 2022) |
| 74 | Plaintiff States' Responses and Objections to Defendant Pfizer Inc.'s First Set of Interrogatories Directed to Plaintiff States (Apr. 18, 2023) |
| 75 | Plaintiff States' Supplemental Responses and Objections to Defendant Pfizer Inc.'s Second Set of Interrogatories and Supplemental Responses to Pfizer Inc.'s First Set of Interrogatories Directed to Plaintiff States (Nov. 14, 2023) |
| 76 | Plaintiff States' Responses and Objections to Wockhardt USA LLC's First Set of Interrogatories Propounded to the Plaintiff States (June 28, 2023) |
| 77 | Deposition of Michael Dorsey (Dec. 13, 2021) |
| 78 | AGN-MDL00005838 |
| 79 | Rachel Dolan & Marina Tian, Pricing and Payment for Medicaid Prescription Drugs, KAISER FAMILY FOUNDATION (Jan. 23, 2020), *available at* https://www.kff.org/medicaid/issue-brief/pricing-and-payment-for-medicaid-prescription-drugs/ |
| 80 | Deposition of Anthony Giannone (June 17, 2022) |
| 81 | SMT-012869718 |
| 82 | Defendant Taro Pharmaceutical U.S.A., Inc's Responses and Objections to Plaintiffs' First Set of Interrogatories |
| 83 | SDZMDL-002450078 |
| 84 | Deposition of Richard Rogerson (Mar. 10, 2023) |
| 85 | AGN-MDL00017353 |
| 86 | Deposition of Steve Cohen (Oct. 7, 2021) |
| 87 | Deposition of Michael Perfetto (June 29, 2022) |
| 88 | SMT-012869786 |

| | |
|---|---|
| 89 | GMK-MDL-002310698 |
| 90 | GRAUSO_00024607 |
| 91 | AGCT-PTOSEVENTY-414642 |
| 92 | SDZCTAG-03768527 |
| 93 | Actavis' Responses and Objections to Plaintiffs Second Set of Interrogatories Directed to Defendants, dated October 16, 2020 |
| 94 | Deposition of Andrew Boyer (Aug. 2, 2023) |
| 95 | AGN-MDL00001287 |
| 96 | Deposition of Stephen Rutledge (Nov. 16, 2022) |
| 97 | AMNL-MDL-000189616 |
| 98 | MYLGP0010813989 |
| 99 | MYLGP0007711310 |
| 100 | MYLGP0004252240 |
| 101 | Deposition of Wayne Fallis (June 23, 2021) |
| 102 | APUSA-003909947 |
| 103 | APUSA-003909794 |
| 104 | APUSA-003909810 |
| 105 | Responses and Objections to Glenmark Pharmaceuticals Inc., USA's First Set of Interrogatories Directed to Plaintiff States, Feb. 8, 2023 |
| 106 | GMK-MDL-000040019 |
| 107 | GMK-MDL-002310463 |
| 108 | GMK-MDL-002757391 |
| 109 | Deposition of David Berthold Vol. 1 (Nov. 17, 2021), Ex. 1273 |
| 110 | Deposition of David Berthold Vol. 1 (Nov. 17, 2021), Ex. 1274 |
| 111 | Deposition of David Berthold Vol. 1 (Nov. 17, 2021) |
| 112 | MYLGP0007711310 |
| 113 | MYLGP0003988120 |
| 114 | Deposition of Della Lubke Vol. 3 (May 19, 2023) |
| 115 | MAYNE002756724 |
| 116 | Medicaid and CHIP Payment and Access Commission, Types of Managed Care Arrangements (June 4, 2020), *available at* https://www.macpac.gov/subtopic/types-of-managed-care-arrangements/ |
| 117 | CADISTA-GXMDL-000078465 |
| 118 | GENERICS-ALL-000004334 |
| 119 | Deposition of Christopher Bihari Vol. 1 (May 31, 2023) |
| 120 | SDZMDL-006502389 |
| 121 | SDZCTAG-02249724 |
| 122 | SDZMDL-011425561 |
| 123 | SDZMDL-002059009 |
| 124 | SDZMDL-005052412 |
| 125 | Deposition of Kian Kazemi Dep. (Nov. 10, 2022), Ex. 4139 |
| 126 | SDZMDL-007035994 |
| 127 | Deposition of Walter Kaczmarek (Oct. 12, 2022) |
| 128 | SDZCTAG-06637736 |

| | |
|---|---|
| 129 | DRR-CT0133712 |
| 130 | SMT-012870340 |
| 131 | SMT-012869973 |
| 132 | SMT-012870395 |
| 133 | SMT-012870033 |
| 134 | SMT-012870453 |
| 135 | Defendants Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.'s Amended Objections and Responses to Plaintiffs' Second Set of Interrogatories Directed to Defendants (June 14, 2021) |
| 136 | Declaration of David Fioccola in Support of Defendants' motion for Summary Judgment on Equitable Claims, Civil Penalties and Fines, Application of State Law to Out-of-State Activity, and General Economy Damages (Nov. 21, 2024) |
| 137 | Declaration of Christopher P. Wilson in Support of Defendants' motion for Summary Judgment on Equitable Claims, Civil Penalties and Fine, Application of State Law to Out-of-State Activity and General Economy Damages (Nov. 22, 2024) |
| 138 | AGCT-PTOSEVENTY-414642 |
| 139 | ACTAVIS_GX_MDL_001136607 |
| 140 | Medicaid and CHIP Payment and Access Commission, Understanding Managed Care Procurement Practices Across States (Apr. 8, 2022), *available at* https://www.macpac.gov/wp-content/uploads/2022/04/Understanding-Medicaid-Managed-Care-Procurement.pdf. |
| 141 | Declaration of Benjamin F. Holt in Support of Defendants' Motion for Summary Judgment on Equitable Claims, Civil Penalties and Fines, Extraterritorial Enforcement of State Law, General Economy Damages, and State Antitrust Law (Nov. 22, 2024) |
| 142 | Deposition of Michael Perfetto (June 29, 2022), Exhibit 2680 |