UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC., *et al.*,<br><br>*Defendants*. | CASE NO. 3:20-cv-00802-MPS<br><br>Hon. Michael P. Shea<br><br>May 20, 2025 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned, Tim D. Nord, requests that he be permitted to withdraw his appearance as counsel of record for the Plaintiff State of Oregon. In support of this Motion, the undersigned represents that:

1. The Oregon Attorney General, on behalf of the State of Oregon, continues to be represented by Assistant Attorney General Gina Ko.

2. Good cause exists to permit withdrawal.

WHEREFORE, for the reasons set forth above, counsel respectfully requests that the Court grant this Motion to Withdraw Appearance and allow counsel to withdraw as counsel of record for the Plaintiff State of Oregon.

STATE OF OREGON DAN RAYFIELD
ATTORNEY GENERAL

BY: */S/Tim D. Nord*
Tim D. Nord
Special Counsel PHV207942
Oregon Department of Justice
1162 Court St NE
Salem Oregon 97304
(503) 934-4400
Tim.d.nord@doj.oregon.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2025, the foregoing Motion to Withdraw Appearance was filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system

    STATE OF OREGON DAN RAYFIELD
    ATTORNEY GENERAL

    BY: /S/Tim D. Nord
    Tim D. Nord
    Special Counsel PHV207942
    Oregon Department of Justice
    1162 Court St NE
    Salem Oregon 97304
    (503) 934-4400
    Tim.d.nord@doj.oregon.gov