UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| The State of Connecticut, *et al.* <br>       Plaintiffs, <br> v. <br> Aurobindo Pharma USA, Inc., *et al.* <br>       Defendants. | 3:16-cv-02056-MPS <br><br> September 10, 2025 |
| The State of Connecticut, *et al.* <br>       Plaintiffs, <br> v. <br> Sandoz, Inc., *et al.* <br>       Defendants. | 3:20-cv-00802-MPS <br><br> September 10, 2025 |

**JOINT MOTION FOR MODIFICATION OF THE SCHEDULES RELATED TO SUMMARY JUDGMENT AND EXPERT DISCOVERY**

In accordance with Local Rule 7(b), the Parties in the above-captioned cases respectfully file this Joint Motion for Modification of the Schedules Related to Summary Judgment and Expert Discovery, requesting the extension of deadlines for motions for summary judgment and *Daubert* motions in Case No. 3:20-cv-00802-MPS ("Dermatology") and expert reports and expert depositions in Case No. 2:16-cv-02056-MPS ("Heritage"). In support of this motion, the Parties state as follows:

**Currently Operative Summary Judgment Schedule in the Dermatology Case**

1. On August 15, 2024, the Court issued an Order Regarding Summary Judgment Schedule and Page Limits ("MSJ Order"), which provided *inter alia* the following deadlines related to the "Summary Judgment Motions: Group 3":

1

| Summary Judgment Motions: Group 3 ||
|---|---|
| July 9, 2025 | • Defendant-specific motions.<br>• Plaintiffs' remaining SJ motions. |
| October 7, 2025 | • Plaintiffs' responses to defendant-specific motions.<br>• Defendants' responses to plaintiffs' remaining motions. |
| November 21, 2025 | • Defendants' replies in support of defendant-specific motions.<br>• Plaintiffs' replies in support of remaining motions. |

(Dermatology ECF No. 369 (footnote omitted).)

**Currently Operative *Daubert* Schedule in the Dermatology Case**

2. On August 21, 2024, the Court issued an order with regard to the *Daubert* briefing schedule in the Dermatology case ("*Daubert* Order"). The *Daubert* Order stated, in relevant part, that "[o]n or before November 6, 2025, the parties shall serve any *Daubert* motion against any expert or expert opinion whose report or deposition testimony is cited in support of or in opposition to the Group 3 summary judgment motions . . . . Reponses to such Daubert motions are due on December 21, 2025, and, as noted, shall be filed on the docket together with the motions they oppose." (Dermatology ECF No. 384.)

**Currently Operative Expert Schedule in the Heritage Case**

3. On March 11, 2025, the Plaintiffs filed a Motion to Modify the Schedule for Fact Discovery, Service of Opening Expert Reports, and Related Deadlines in the Heritage case ("Motion to Modify the Schedule"). (Heritage ECF No. 734.)

4. On March 12, 2025, the Court granted the Motion to Modify the Schedule and set the current schedule for Heritage expert reports and depositions and dispositive motions. (Heritage ECF No. 735, Appendix A: Schedule for Case No. 16cv02056 ("Heritage Order").)

**Request for Extension of Time**

5. On July 9, 2025, Defendants served on Plaintiffs twenty-four Defendant-specific motions for summary judgment, including several with statute of limitations defenses.

(Dermatology ECF Nos. 774 and 777-802.) Also on July 9, 2025, Plaintiffs served on Defendants two affirmative motions for summary judgment. (Dermatology ECF Nos. 775 and 776.) Collectively, these motions shall be hereinafter referred to as the "Group 3 Motions."

6.  On August 18, 2025, the Court issued an order in the Dermatology case stating: "The Court will hear oral argument on the Defendants' [617] Motion for Summary Judgment on Statute of Limitations and Laches Grounds on September 3, 2025 at 2:00 pm. The hearing will be conducted in the courtroom; no remote access will be provided." (Dermatology ECF No. 844.)

7.  Certain Jewish holidays are to be celebrated on the following dates: September 22 and 23, 2025 (Rosh HaShannah); October 2, 2025 (Yom Kippur); October 7 and 8, 2025 (Sukkot); October 14, 2025 (Shemini Atzeret); and October 15, 2025 (Simchat Torah).

8.  There is good cause for the Court to grant this motion in light of the number of overlapping deadlines; the number and size of Group 3 Motions filed; preparation for and participation in the previously unanticipated oral argument scheduled for September 3, 2025; and the schedule of certain Jewish holidays as well as the holiday season.

9.  Accordingly, the Parties respectfully request modification of the Dermatology schedule as specified in Exhibit A.

10. Due to overlapping deadlines in the Dermatology and Heritage cases, the Parties also respectfully request modification of the Heritage schedule as specified in Exhibit B.

11. This is the Parties' first request to extend the deadlines set in the MSJ Order and *Daubert* Order and their second request to extend the deadlines set in the Heritage Order. The modest proposed extension will neither cause excessive delay nor unduly prejudice the Parties in this litigation.

WHEREFORE, the Parties respectfully request that the Court grant this Motion for a Modification of the Schedules Related to Summary Judgment and Expert Discovery.

                Respectfully submitted,

                WILLIAM TONG
                ATTORNEY GENERAL
                STATE OF CONNECTICUT

                */s/ Allison C. Frisbee*[1]
                Allison C. Frisbee
                Federal Bar No. Ct30779
                Kyle J. Ainsworth
                Federal Bar No. Ct31785
                Cara L. Moody
                Federal Bar No. Ct31924
                Assistant Attorneys General
                Connecticut Office of the Attorney General
                165 Capitol Avenue
                Hartford, CT 06106
                Tel: (860) 808-5030
                Fax: (860) 808-5391
                Allison.Frisbee@ct.gov
                Kyle.Ainsworth@ct.gov
                Cara.Moody@ct.gov

                *Counsel for the State of Connecticut*

---

[1] Counsel for Plaintiff State of Connecticut represents the consent of all Parties in the above-captioned case pursuant to Section XI.D. of the Electronic Filing Policies and Procedures.