# EXHIBIT A

Proposed Modification of Dermatology Schedule

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs serve responses to Defendant-specific motions<br><br>Defendants serve responses to Plaintiffs' remaining motions<br><br>(collectively, "Group 3 Motions") | October 7, 2025 | October 28, 2025 |
| Parties serve *Daubert* motions against any expert or expert opinion whose report or deposition testimony is cited in support of or in opposition to the Group 3 Motions | November 6, 2025 | November 25, 2025 |
| Defendants serve replies in support of Defendant-specific Group 3 Motions<br><br>Plaintiffs serve replies in support of Plaintiffs' Group 3 Motions | November 21, 2025 | December 19, 2025 |
| Parties file Group 3 Motions, responses, and replies | November 21, 2025 | December 19, 2025 |
| Parties serve respective responses to *Daubert* motions related to Group 3 Motions | December 21, 2025 | January 14, 2026 |
| Parties file *Daubert* motions and responses | December 21, 2025 | January 14, 2026 |